AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Northern Mariana Islands

| | | |
|---|---|---|
| Randall T. Fennell, | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. CV 09 - 0019 |
| Matthew T. Gregory, Gregory Baka, Anthony Welch, Tom J. Schweiger and Does 1-20, | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anthony Welch, Esq.
Assistant Attorney General
Office of the Attorney General
Second Floor, Hon. Juan A. Sablan Memorial Building
Caller Box 10,007, Capitol Hill
Saipan, Mariana Islands 96950

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark B. Hanson, Esq.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, Mariana Islands 96950

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 12, 2009

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Rowena J. De Vera/Admin. Asst.

was received by me on *(date)*   6/19/09   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*   I Left the summons at the individual's place of work at the office of Attorney General, 2nd Floor, Hon. Juan A. Sablan Memorial Bldg., in Capitol Hill, Saipan CNMI at 2:18p.m. on 6/19/09.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   6/19/09

*Server's signature*

ROWENA J. de VERA / Admin. Asst.
*Printed name and title*

PMB 728, Box 10,000, Saipan MP 96950
*Server's address*

Additional information regarding attempted service, etc: