F I L E D
Clerk
District Court

JUL 16 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL, | Civil Action No. 09-0019 |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW T. GREGORY, former Attorney General, *et al.*, | |
| Defendants. | |

Now before the Court is Defendants' Motion to Enlarge Time to respond to the complaint in this matter. The Court finds no prejudice would result from an extension and the motion is GRANTED. Defendants' response to the complaint shall be due on or before Friday, July 31, 2009.

**IT IS SO ORDERED.**

Dated:   July 16, 2009

ALEX R. MUNSON
UNITED STATES DISTRICT JUDGE

AO 72
(Rev. 08/82)