OFFICE OF THE ATTORNEY GENERAL

Commonwealth of the Northern Mariana Islands
2nd Floor Hon. Juan. A. Sablan Memorial Bldg., Capitol Hill
Caller Box 10007, Saipan, MP 96950
Telephone: (670) 664-2341
Fax: (670) 664-2349

# MEMORANDUM

To:     All Civil Division Attorneys and Staff

From:   Matthew Gregory, Acting Attorney General

cc:     Noted Below

Date:   January 30, 2006

Re:     *Screening Procedures and Conflict Counsel – Bank of Saipan*

---

Before I was appointed Acting Attorney General, I was employed in private practice in the Commonwealth for a number of years. During that time, I represented numerous criminal defendants and also served as counsel for the Marianas Public Lands Authority. I have prepared this memorandum describing the screening procedures implemented to insulate me from any involvement in cases in which I have a conflict. The list of conflict cases is still being compiled, so this list will likely be augmented in the future.

I am conflicted on two civil cases involving the Bank of Saipan

| Case No. | Plaintiff(s) | Defendant(s) |
|---|---|---|
| Civ. 02-0268<br>App. 05-0003<br>App. 05-0012<br>App. 05-0025 | Sec. of Commerce | Bank of Saipan |
| Civ. 04-0049 | Bank of Saipan & MPLA | Randall T. Fennell<br><br>Richard Pierce<br><br>White, Pierce, Mailman & Nutting<br><br>David W. Axelrod<br><br>Schwabe, Williamson, & Wyatt |

Conflict counsel for the above matters will be Marie Rios Martinez.  As such, she will be the final decision maker on all matters related to the above cases and shall function as *de facto* Attorney General with regard to those cases.

All attorneys and staff of the AGO should avoid speaking with me about any of the above cases or providing me with any documents related to these cases, including monitoring any correspondence passed to me, to prevent improper communication.

All attorneys should also review their files to determine if I was involved in any other cases that have not yet made this list.

Thank you for your cooperation.


cc:     A copy of this should be sent to all of my former clients, listed above.  In addition, a
        copy should be sent to all counsel of record for parties in each of the above cases