```
                                    F I L E D
                                       Clerk
                                   District Court

                                   AUG -3 2009

                           For The Northern Mariana Islands
                           By_____
                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL, ) | Civil Action No. 09-0019 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER RE-SCHEDULING |
| ) | MOTION HEARING DATE |
| MATTHEW T. GREGORY, *et al.*, ) | |
| ) | |
| Defendants ) | |
| _____) | |

IT IS ORDERED that the hearing on defendants' motion to dismiss, presently set for Thursday, August 27, 2009, be and hereby is **re-scheduled to Thursday, September 3, 2009, at 8:00 a.m.**

DATED this 3rd day of August, 2009.

_____
ALEX R. MUNSON
Judge