MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:   (670) 233-8600
Facsimile:   (670) 233-5262
E-Mail Address:   mark@saipanlaw.com

Attorney for Plaintiff Randall T. Fennell

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>   Plaintiff,<br><br>vs.<br><br>MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities,<br><br>   Defendants. | CASE NO. CV 09-00019<br><br>STIPULATION REGARDING BRIEFING SCHEDULE AND HEARING ON MOTION TO DISMISS<br><br>Date: September 3, 2009<br>Time: 8:00 a.m.<br>Judge: Hon. Alex R. Munson |

  On July 31, 2009, Defendants filed a Rule 12(b)(6) motion to dismiss in the above-referenced case. A hearing on Defendants' motion is currently scheduled for September 3, 2009. In order to allow Plaintiff's counsel additional time to review the motion and to prepare an appropriate opposition, the parties, by and through their attorneys, hereby stipulate to request that the Court amend the briefing schedule and the hearing date as follows:

  1. Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on or before August 27, 2009;

  2. Defendants' Reply shall be filed on or before September 3, 2009;

3. Defendants' Motion to Dismiss shall be heard on September 10, 2009 at 9:00 a.m.

SO STIPULATED.

DATED: August 10, 2009          /s/ Mark B. Hanson
                                _____
                                MARK B. HANSON
                                Attorney for Plaintiff


DATED: August 10, 2009          /s/ Braddock J. Huesman
                                _____
                                BRADDOCK J. HUESMAN
                                Attorney for Defendants