FILED
Clerk
District Court

AUG 11 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>Plaintiff<br><br>v.<br><br>MATTHEW T. GREGORY, *et al.*,<br><br>Defendants | Civil Action No. 09-0019<br><br>ORDER APPROVING STIPULATION TO AMEND BRIEFING SCHEDULE and RE-SCHEDULE HEARING |

BASED UPON the August 10, 2009, stipulation of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that the hearing on defendants' motion to dismiss, presently set for Thursday, September 3, 2009, be and hereby is **re-scheduled to Thursday, September 10, 2009, at 9:00 a.m.** The opposition and reply may be submitted as agreed upon by the parties.

DATED this 11th day of August, 2009.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)