1  Braddock J. Huesman
   F#00367
2  Assistant Attorney General
   Hon. Juan A. Sablan Memorial Bldg., 2nd Fl.
3  Caller Box 10007, Capital Hill
   Saipan, MP  96950-8907
4  Telephone:   (670) 664-2341
5  Fax:         (670) 664-2349

6  Attorney for Defendants Matthew T. Gregory, Gregory
   Baka, Anthony Welch and Tom Schweiger.
7

8

9              IN THE UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN MARIANA ISLANDS

11

12 | RANDALL T. FENNELL,                              | CIVIL ACTION NO. 09-0019
13 |                Plaintiff,
14 |          vs.
15 |
16 | MATTHEW T. GREGORY, former                       | **DEFENDANTS' NOTICE OF**
   | Attorney General, GREGORY BAKA,                  | **CORRECTION TO EXHIBIT "1" TO**
17 | Acting Attorney General, ANTHONY                 | **THEIR MOTION TO DISMISS.**
   | WELCH, Assistant Attorney General,
18 | TOM J. SCHWEIGER, Assistant Attorney
   | General, and DOES 1-20, in their official
19 | and individual capacities,
20 |                Defendants.

LA/576564v1

-1-

NOTICE OF CORRECTION TO EXHIBIT "1" TO DEFENDANTS' MOTION TO DISMISS.

On July 31, 2009, defendants in the above-captioned case filed their Motion to Dismiss. Counsel for defendants included five exhibits in the Motion, and Exhibit "1" was incomplete. Counsel for defendants apologizes for this oversight.

Exhibit "1" is a letter from Mr. Fennell to Presiding Judge Naraja dated December 8, 2005. Counsel for defendants found Exhibit "1" as part of "Tab 7" attached to the RENEWED REQUEST BY THE BANK OF SAIPAN FOR CERTIFICATION TO THE CHIEF JUSTICE OF THE SUPREME COURT FOR APPOINTMENT OF PRO TEM JUDGE. *Fennell v. Bank of Saipan,* Civil Action No. 04-0449, Commonwealth Superior Court. Counsel for defendants discovered the document while examining the online filing of the *Fennell v. Bank of Saipan* matter.

Upon further review, the filing indicates that there are in fact four pages to the document but only three of these pages were filed with the Superior Court. Counsel for defendants requested the complete letter, and the attached document, Amended Exhibit "1", is the complete document.

> Respectfully submitted
> Wednesday, August 26, 2009
> OFFICE OF THE ATTORNEY GENERAL
>
> _____*/S/*_____
> Braddock Huesman, F#00367

LA/576564v1

CERTIFICATE OF SERVICE

    I certify that a copy of Defendants' Motion to Enlarge Time was served on Mark Hanson who is the attorney in charge for plaintiff, Mr. Fennell, and whose address is PMB 738, PO Box 10000, Saipan, MP 96950, (670) 233-8600, by electronic filing on August 26, 2009.

        /s/
Braddock J. Huesman

LA/576564v1

-3-