MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for *Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities,<br><br>             Defendants. | CASE NO. CV 09-0019<br><br>DECLARATION OF COUNSEL<br><br><br><br><br><br>Date: September 10, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Alex R. Munson |

I, Mark B. Hanson, do hereby declare as follows:

1. I am competent to testify, and if called to do so, I would testify in accord herewith.

2. I am the attorney for Plaintiff in the above-captioned case.

3. Attached hereto as Exhibit "A" is a true and correct copy of a letter dated August 7, 2006 from the Honorable Robert C. Naraja, Presiding Judge of the Commonwealth Superior Court to Rexford C. Kosack.

I declare under the penalty of perjury that the foregoing is true and correct and that this Declaration was executed this 27th day of August, 2009 in Saipan, Commonwealth of the Northern Mariana Islands.

/s/ Mark B. Hanson
───────────────
MARK B. HANSON

1 | CERTIFICATE OF SERVICE

2 | I hereby certify that the following attorneys were served with a copy of the foregoing

3 | through the Court's electronic case filing system:

Braddock J. Huesman, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Commonwealth of the Northern Mariana Islands
Hon. Juan A. Sablan Memorial Bldg., Second Floor
Caller Box 10,007, Capitol Hill
Saipan, Mariana Islands 96950

Attorney for Defendants

DATED: August 27, 2009        /s/ Mark B. Hanson
_____        _____
                             MARK B. HANSON

Page 2 of 2




# SUPERIOR COURT

COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, U.S.A.
Guma' Hustisia, Iimwal Aweewe, House of Justice
P.O. BOX 500307, SAIPAN, MP 96950-0307

ROBERT C. NARAJA
Presiding Judge

Phone: (670) 236-9750
Fax: (670) 236-9742
E-mail: rnaraja@justice.gov.mp

August 7, 2006

Rexford C. Kosack
P.O. Box 500410
Saipan, MP 96950

> Re: July 1, 2006 PELDIA Request of Receiver Randall T. Fennell

Dear Mr. Kosack:

I am in receipt of your July 1, 2006 letter requesting two determinations by the Superior Court. The two determinations are as follows: first whether Mr. Fennell is entitled to PELDIA coverage as to the claims brought against him by MPLA; second whether the Attorney General is prevented from representing Mr. Fennell due to conflicts of interest, thus entitling Mr. Fennell to government-paid outside counsel.

While I am the administrative officer of the Superior Court, I am not able to make legal interpretations that bind the Superior Court. Accordingly, I have forwarded your letter (as I have done with all previous letters in this matter) to the Attorney General and requested a legal opinion regarding the issues contained therein. I trust the screening process will ensure a conflict-free and objectively-prepared response to these legal questions.

Si Yu'us Ma'ase,

Robert C. Naraja
Presiding Judge

cc: Randall T. Fennell
    Matthew T. Gregory, Attorney General

# EXHIBIT A