William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
Post Office Box 500909
Saipan MP 96950
Telephone: (670) 234-7241
Facsimile: (670) 234-7530

Kathleen V. Fisher, Esq.
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone: (670) 233-2045
Facsimile: (670) 233-2776

*Attorneys for Bank of Saipan, Inc., Defendant Intervenors*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>**Plaintiff,**<br><br>vs.<br><br>MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General, and DOES 1-20, in their official and individual capacities,<br><br>**Defendants.** | CIVIL CASE NO. CV 09-0019<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE**<br><br>Date: _____<br><br>Time: _____ |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that on September ____, 2009 at ____ a.m./p.m. or as soon thereafter as this matter can be heard, The Bank of Saipan, Inc. ("Bank"), pursuant to Local Rule 7.1 and Federal Rules of Civil Procedure 24, will and hereby does respectfully move this Court for permission to intervene in this action for the purpose of seeking dismissal or, in the alternative, to stay the proceedings under the authority of *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976). This Motion is based upon this Notice of Motion and Motion, the Bank's Request for Judicial Notice filed concurrently herewith, the accompanying Memorandum of Points and Authorities, all pleadings and records on file in this matter, and any argument that may be heard hereon. Pursuant to FRCP 24(c), a Proposed Motion to Dismiss, or in the Alternative, to Stay has also been lodged concurrently herewith.

Respectfully submitted this 28th day of August, 2009.

**LAW OFFICE OF WILLIAM FITZGERALD**
**CALVO & CLARK, LLP**
*Attorneys for Bank of Saipan, Inc.,*
*Defendant Intervenors*

By: _____/s/_____
William M. Fitzgerald