**In account with**

**SCHWABE WILLIAMSON & WYATT P.C.**

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page    2
C/M #: 109374-127867

TAX ID# IRS-93-1130272

| Date | Initials | Hours | Description |
|---|---|---|---|
| 08/30/02 | MAM | .50 | Office conference with W. Ohle to review portfolio sale issues and related matters (.3); work on summary (.2) |
| 08/30/02 | WJO | 1.00 | Prepared for and attended conference with Mark Manulik re: documentation necessary for transaction of loan portfolio to CDA |
| 09/03/02 | MAM | 1.80 | Memo to W. Ohle outlining principal deal issues regarding portfolio sale (..."); review transaction with Ohle (.3) |
| 09/03/02 | DWA | .40 | Telephone call from Mr. Fennell and telephone conference with W. Ohle re form and substance of CDA loan assignment, strategies for settlement with government depositions |
| 09/03/02 | WJO | 4.30 | First draft of agreement between Bank of Saipan, CDA and the CNMI government depositors re: transfer of loan portfolio and government deposit obligations to CDA (4.0); email to client with draft and MAM issue list (.30) |
| 09/04/02 | MAM | 1.00 | Review and revise draft of Assignment |
| 09/07/02 | WJO | .50 | Reviewed and faxed revised billings to client re: time breakouts by task |

| Name | Hours | Rate | | Amount |
|---|---|---|---|---|
| David W. Axelrod | 1.25 hrs at | 325.00 $/hr = | $ | 406.25 |
| Mark A. Manulik | 3.50 hrs at | 285.00 $/hr = | $ | 997.50 |
| Andrew J Gerlicher | .10 hrs at | 275.00 $/hr = | $ | 27.50 |
| Amanda T Gamblin | 1.50 hrs at | 140.00 $/hr = | $ | 210.00 |
| William J. Ohle | 27.70 hrs at | 190.00 $/hr = | $ | 5,263.00 |
| SUBTOTAL CURRENT FEES | 34.05 hours | = | $ | 6,904.25 |

DESCRIPTION OF COSTS

| | | Amount |
|---|---|---|
| | Photocopies | 2.60 |
| | Outgoing Telefax Charges | 28.70 |
| 08/28/02 | Online Research - Check-Lexis Nexis | 171.49 |
| 08/29/02 | Online Research - Check-Lexis Nexis | 754.13 |
| SUBTOTAL CURRENT COSTS | | $    956.92 |
| TOTAL FEES AND COSTS | | $  7,861.17 |

TERMS: DUE AND PAYABLE UPON RECEIPT

...OUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJE..... OF THE LAW FOUN   **EXHIBIT A-1**
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.   **Page 3 of 37**

**In account with**

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page    3
C/M #:  109374-127867

TAX ID # IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 05/24/02 | 825342 | 11848.10 | $.00 | 11848.10 |
| 06/28/02 | 828101 | 14008.27 | $.00 | 14008.27 |
| 07/30/02 | 830297 | 6070.38 | $.00 | 6070.38 |
| 08/29/02 | 832550 | 10702.66 | $.00 | 10702.66 |

PREVIOUS BALANCE                    $    42,629.41

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 956.92 |
| SUBTOTAL CURRENT FEES | $ | 6,904.25 |
| TOTAL CURRENT INVOICE | $ | 7,861.17 |
| PREVIOUS OUTSTANDING INVOICES | $ | 42,629.41 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 50,490.58 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUND.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

EXHIBIT A-1
Page 4 of 37

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.      TAX ID # IRS-93-1130272

COPY

February 15, 2002

Client/Matter #: 101085-103112
Invoice #:  817407

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Re: Paternity Suit

## REMITTANCE ADVICE

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 5,681.45 |
| SUBTOTAL CURRENT FEES | $ | 16,000.00 |
| TOTAL CURRENT INVOICE | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 21,681.45 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW F
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

**EXHIBIT A-1**

In accordance with

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

February 15, 2002

Client/Matter #: 101085-103112
Invoice #: 817407

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 08/07/01 | JNB | .20 | File research re executor's petition listing legal basis exoneration and discharge to assist David Axelrod. |
| 08/13/01 | JNB | .30 | File research re executor petition for dismissal and exoneration with Table of Authorities. |
| 08/28/01 | DWA | 9.00 | Travel to Cayman Island for trust meeting |
| 08/30/01 | DWA | .50 | Attend trust meeting in Cayman; trustee interviews |
| 08/31/01 | DWA | 8.00 | Attend Trustee meeting in Cayman |
| 09/01/01 | DWA | 6.00 | Travel from Cayman trust meeting |
| 09/27/01 | DWA | 2.00 | Motion for Moncrieff exoneration; telephone conference with Fennell; misc trust matters re protectors |
| 10/06/01 | DWA | 3.50 | Work on Trust and Eppeleta claim issues |
| 10/08/01 | DWA | .65 | Review work on guardianship motions |
| 10/09/01 | DWA | 2.00 | Work on Liquidating Trust liquidation |
| 10/11/01 | DWA | 2.00 | Correspondence with Cuartero family |
| 10/30/01 | DWA | 1.50 | Trust meeting and financial review; memo to Moncrieff |
| 11/01/01 | DWA | 1.20 | Correspondence re Mykonos property |
| 11/05/01 | DWA | .80 | Correspondence re Mykonas property |
| 11/06/01 | DWA | 1.20 | Correspondence with Moncrieff; correspondence re Mykonos, etc. |
| 11/07/01 | DWA | 1.35 | Memo from Moncrieff; letter to A. Jobsta re Mykonos; telephone call from Julian; review probate fees |
| 11/08/01 | DWA | 1.30 | Work on marketing program |
| 11/14/01 | DWA | 2.60 | Telephone conference with Clifford; telephone conference with Julian; review GSA |
| 11/15/01 | DWA | 2.20 | Work on Estate closure orders |
| 11/16/01 | DWA | 2.40 | Telephone call from Moncrieff; memo to Fennell; proof proposed distribution order, correspondence and memo to Scotia re protector matters |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 6 of 37

In account with

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page   2
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 11/19/01 | DWA | 1.75 | Work on and analysis of Nirada issues for property distribution |
| 11/23/01 | DWA | 2.17 | Work with new Trustee on transition; review transition agreements and sign over; correspondence to Fletcher; correspondence to Moncrieff; rev HSA for Saipan hearings |

|  | | |
|---|---|---|
| David W. Axelrod | 51.95 hrs at   295.00 $/hr = $ | 15,325.25 |
| David W. Axelrod | 2.17 hrs at   294.82 $/hr = $ | 639.75 |
| Julie N. Becker | .50 hrs at   70.00 $/hr = $ | 35.00 |
| SUBTOTAL CURRENT FEES | 54.62 hours        = $ | 16,000.00 |

**DESCRIPTION OF COSTS**

| | | |
|---|---|---|
| | Photocopies | 9.80 |
| | Document production charges | 651.00 |
| 12/17/01 | Travel expenses - Check-David W. Axelrod, 12/17-21/2001 Saipan | 4,371.20 |
| 01/27/02 | Travel expenses - Check-David W. Axelrod, 1/27-2/2/2002 Hawaii | 649.45 |
| SUBTOTAL CURRENT COSTS | | $   5,681.45 |
| TOTAL FEES AND COSTS | | $  21,681.45 |

```
--------------------------TRUST ACCOUNT SUMMARY------------------------*
                           Portland IOLTA Trust Account
*--------------------------------------------------------------------
TRUST ACCOUNT: PDXTR                                          4000.00
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . .       5910674.37
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . .
DISBURSEMENT(S):                                             4000.00
02/12/98 SWW - FOR EXPENSES INCURRED AFTER 11-21-         315403.65
03/13/98 SWW - FEES ONLY - INVOICE #708491               195064.17
12/29/98 WIRE CAME INTO WRONG ACCT - SHOULD BE
         DEPOSITORY ACCT                                  141643.81
03/06/00 SWW; pay A/R 101085-111929                       713484.83
03/06/00 Wire out to Wendel, Rosen, Black etal; C
         Bank of Commerce; Acct # 105021098               133498.60
04/25/00 SWW; costs                                         7513.00
05/05/00 SWW - ACCTS REC.                                2422463.12
05/06/00 SWW - PAYMENT OF FEES                             3666.73
06/14/00 Transfer to C/M # 106821-118467 per DWA
         correction of 5/16/00; batch # 25922
12/21/00 SWW; Costs                                          768.85
12/22/00 Transfer to Pay fees                            1400331.81
```

TERMS: DUE AND PAYABLE UPON RECEIPT. AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM. IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW! COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE.

**In account with**

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page    3
C/M #: 101085-163112

TAX ID # IRS-93-1130272

| | | |
|---|---|---|
| | | 5031.75 |
| 02/13/01 | SWW; Attorney fees | 16709.21 |
| 04/25/01 | Check to SWW; Attorney fees & costs | 13487.46 |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 32606.28 |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 70457.50 |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 197756.65 |
| 12/12/01 | CK TO SWW FOR BALSON FEE CREDITS | 219105.50 |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 21681.45 |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | |
| | | 5914674.37( 5914674.37) |

LESS TOTAL DISBURSEMENTS . . . . . . . . . . .

CURRENT BALANCE . . . . . . . . . . . . . . . .                    0.00

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 5,681.45 |
| SUBTOTAL CURRENT FEES | $ | 16,000.00 |
| TOTAL CURRENT INVOICE | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 21,681.45 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATION
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

February 15, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 817408

Re: Paternity Suit

## REMITTANCE ADVICE

### PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE | |
|------|-----------|--------|---------|---------|---|
| 02/15/02 | 817407 | 21681.45 | $.00 | 21681.45 | |
| | | | | $ | 21,681.45 |

PREVIOUS BALANCE

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT FEES | $ | 23,623.35 |
| TOTAL CURRENT INVOICE | $ | 23,623.35 |
| PREVIOUS OUTSTANDING INVOICES | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 45,304.80 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNU
1013A PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOR
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES

**SCHWABE WILLIAMSON & WYATT** P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

February 15, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 817408

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 11/23/01 | DWA | 3.50 | Work with new Trustee on transition; review transition agreements and sign over; correspondence to Fletcher; correspondence to Moncrieff; rev HSA for Saipan hearings |
| 11/26/01 | DWA | 1.20 | Telephone call from and telephone conference with Julian; correspondence re Nirada assets; review Nirada file |
| 11/28/01 | DWA | .80 | Memo from Moncrieff; letter to Allen re Nirada; memo from and memo to Fletcher |
| 11/29/01 | DWA | .75 | Correspondence estronom; telephone conference with Randy Fennell; review Protector issues; review Kannat issues |
| 12/04/01 | DWA | 2.65 | Work on asset issues re Nirada, Kanat and Protector issues |
| 12/05/01 | DWA | 2.65 | Correspondence, review with Jon Allen; memo to Protectors |
| 12/07/01 | DWA | 3.25 | Attend meeting with co-counsel; correspondence to Schwartz, Allen re Nirada; prepare for Saipan discussions |
| 12/10/01 | DWA | .70 | Telephone call from Fennell; telephone call from Moncrieff; memo from Gallagher re San Rogue |
| 12/11/01 | DWA | .50 | Telephone conference with Fennell |
| 12/13/01 | DWA | 1.35 | Telephone call from Fennell; telephone call from Hazlewood |
| 12/17/01 | DWA | 1.60 | Work on calculation of Nirada boundaries and San Rogue |
| 01/02/02 | DWA | 1.75 | Conference with Fennell; telephone call from and memo from Jon Allen; e-mail correspondence re Mykinos; DHL Revenue and liquidation issues |
| 01/03/02 | DWA | 1.50 | Memo from and memo to John Fletcher; memo to Kim Ronai; review DHL revenue issues |
| 01/04/02 | DWA | .50 | Memo from and memo to Pennell; memo from Majors; memo to Majors |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

**SCHWABE WILLIAMSON & WYATT**
P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 102085-103312

TAX ID # IRS-93-1130272

| Date | | Hours | Description |
|---|---|---|---|
| 01/05/02 | DWA | 1.35 | E-mail Moncrieff re asset issues; Clifford, memo to Fennell; work on various closure questions |
| 01/10/02 | DWA | 8.00 | Travel to and from and attend meeting with Scotia Trust re trust matter culmination |
| 01/11/02 | DWA | 4.50 | Correspondence with Fletcher, Fennell, Moncrieff re Mykonis development |
| 01/14/02 | DWA | 1.65 | Telephone conference with Rod Thomas re JC Trust; correspondence with Fennell; trustee re Mees accounting |
| 01/16/02 | DWA | 1.65 | JC Trust non-billable trust administration;; correspondence with John Fletcher |
| 01/17/02 | DWA | 2.50 | Lunch meeting with Merrill Lynch representatives re trust proposals |
| 01/20/02 | DWA | 2.75 | Review file for Hawaii conference; memo to Julian, Gallagher, work on Nirada proposal |
| 01/23/02 | DWA | 1.20 | Correspondence with Fletcher, memo from and memo to Ronai re Nirada |
| 01/26/02 | DWA | 3.60 | Work on Hawaii conference document |
| 02/01/02 | DWA | 4.30 | Correspondence re estate closure and settlement; work on JC Trust issues; correspondence with Tom Clifford; review Kannat proposals; correspondence with John Fletcher |
| 02/01/02 | NCH | 1.00 | Review packet for new trustee, e-mail Randy re missing information |
| 02/04/02 | DWA | 1.75 | E-mail correspondence; review state tax refunds and filings and correspondence with Tom Clifford |
| 02/07/02 | DWA | 10.00 | Travel to Caymans for JC Trust meeting with Beneficiary and Protectors |
| 02/09/02 | DWA | 3.10 | JC Trust meeting continued; review new Nirada records, communications |
| 02/10/02 | DWA | 10.00 | Travel from JC Trust Meeting |

| | | |
|---|---|---|
| David W. Axelrod | 79.13 hrs at 295.00 $/hr = $ | 23,343.35 |
| Nikki C. Hatton | 1.00 hrs at 280.00 $/hr = $ | 280.00 |
| SUBTOTAL CURRENT FEES | 80.13 hours = $ | 23,623.35 |
| TOTAL FEES AND COSTS | $ | 23,623.35 |

------------------------------TRUST ACCOUNT SUMMARY----------------------------

Portland IOLTA Trust Account

```
TRUST ACCOUNT: PDXTR
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . .      4000.00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . .     6012634.17
DISBURSEMENT(S):
```

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 11 of 37

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page
C/M #: 101085-111929

TAX ID # IRS-93-1130272

| | | |
|---|---|---|
| | | 4000.00 |
| 02/12/98 | SWW - FOR EXPENSES INCURRED AFTER 11-21- | 315403.65 |
| 03/13/98 | SWW - FEES ONLY - INVOICE #708491 | 195064.17 |
| 12/29/98 | WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 141643.81 |
| 03/06/00 | SWW; pay A/R 101085-111929 | 713484.83 |
| 03/06/00 | Wire out to Wendel, Rosen, Black etal; C Bank of Commerce; Acct # 105021098 | 133498.60 |
| 04/25/00 | SWW; costs | 7513.00 |
| 05/05/00 | SWW - ACCTS REC. | 2422463.12 |
| 05/05/00 | SWW - PAYMENT OF FEES | 3666.73 |
| 06/14/00 | Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 768.85 |
| 12/21/00 | SWW; Costs | 1400331.81 |
| 12/22/00 | Transfer to Pay fees | 5031.75 |
| 02/13/01 | SWW; Attorney fees | 16709.21 |
| 04/25/01 | Check to SWW; Attorney fees & costs | 23487.46 |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 32606.28 |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank of Commerce; Acct.(6.. 121140959 | 70457.50 |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 197756.65 |
| 12/12/01 | CK TO SWW FOR BALSOM FEE CREDITS | 219105.50 |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 21681.45 |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | |

5914674.37( 5914674.37)

LESS TOTAL DISBURSEMENTS . . . . . . . . . . . .

CURRENT BALANCE . . . . . . . . . . . . . . . .     101959.80

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/15/02 | 817407 | 21681.45 | $.00 | 21681.45 |

PREVIOUS BALANCE                          $    21,681.45

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT FEES | $ | 23,623.35 |
| TOTAL CURRENT INVOICE | $ | 23,623.35 |
| PREVIOUS OUTSTANDING INVOICES | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 45,304.80 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNU...
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 12 of 37

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

March 26, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 620628

Re: Paternity Suit

## REMITTANCE|ADVICE

### FINAL SUMMARY

|  |  |
|---|---|
| SUBTOTAL CURRENT FEES | $ 7,625.75 |
| TOTAL CURRENT INVOICE | $ 7,625.75 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ 7,625.75 |
|  | $ 7,625.75 |
| LESS PAYMENT FROM TRUST ACCOUNT | ----------- |
| AMOUNT DUE | $ 0.00 |

DMA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS · PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 13 of 37

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

March 26, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 820628

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/12/02 | DWA | 1.25 | Review Distributees', research documents; state tax applications |
| 02/15/02 | DWA | 3.25 | Correspondence to Fennell; Moncrieff re status of closure; letter from Fletcher re hedge fund; analysis, receive and review Mykonos memo |
| 02/16/02 | DWA | .85 | Correspondence with Moncrieff; memo from and memo to Fletcher |
| 02/17/02 | DWA | .35 | Memo from and letter to Fennell |
| 02/18/02 | DWA | 1.20 | Memo to Fletcher; Moncrieff re Mykonos |
| 02/22/02 | DWA | 1.75 | Work on Liquidating Trust, closing documents, telephone conference with distributees re same |
| 02/27/02 | DWA | 2.20 | Correspondence with Fennell, Moncrieff, review Mykonos correspondence |
| 03/01/02 | DWA | 1.40 | Telephone conference with Clifford re filing and submission issues |
| 03/10/02 | DWA | 1.20 | Letter from Fennell; review analysis of Clifford fax and memoranda |
| 03/11/02 | DWA | 1.70 | Telephone conference with Fennell; telephone conference with Rapaport; memo from and memo to Mike Majors; correspondence re John Fletcher |
| 03/12/02 | DWA | .50 | Telephone call from Rapaport; memo from Moncrieff |
| 03/13/02 | DWA | 1.65 | Memoranda from Mykonos, Moncrieff; research study for American taxes; review Cuartero tax questions; memo from, memo to Majors |
| 03/14/02 | DWA | 1.40 | Memo from Sigler; receive and review issues re tax refunds with California and Nevada |
| 03/15/02 | DWA | 1.65 | Deep research estate tax filings in California and Nevada |
| 03/18/02 | DWA | .75 | Conference with Julie Becker and Debbie York re state tax return, Walsworth inventory; memo from and memo to Neda re SOL on estate refund compilation |
| 03/19/02 | DWA | 2.65 | Review Walsworth files |



TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1

SCHWABE
WILLIAMSON
& WYATT
P.C.
ATTORNEYS AT LAW

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 101085-108012

TAX ID # IRS-93-3130272

| 03/20/02 | DWA | 2.10 | Telephone call from Rapaport; memo from taxing authority; review tax records for Kessler report |

David W. Axelrod                    25.85 hrs at 295.00 $/hr = $    7,625.75

SUBTOTAL CURRENT FEES               25.85 hours              $    7,625.75

TOTAL FEES AND COSTS                                         $    7,625.75

```
--------------------------TRUST ACCOUNT SUMMARY--------------------------
                              Portland IOLTA Trust Account
TRUST ACCOUNT: PDXTR                                              4000.00
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . .       6012634.17
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . .
DISBURSEMENT(S):
02/12/98  SWW - FOR EXPENSES INCURRED AFTER 11-21-            4000.00
03/13/98  SWW - FEES ONLY - INVOICE #708491                315403.65
12/29/98  WIRE CAME INTO WRONG ACCT - SHOULD BE             195064.17
          DEPOSITORY ACCT
03/06/00  SWW; pay A/R 101085-111929                       141643.81
03/06/00  Wire out to Wendel, Rosen, Black et al; C        713484.83
          Bank of Commerce; Acct # 105021098
04/25/00  SWW; costs                                       133498.60
05/05/00  SWW - ACCTS REC.                                   7513.00
05/05/00  SWW - PAYMENT OF FEES                           2422463.12
06/14/00  Transfer to C/M # 106821-118467 per DWA            3666.73
          correction of 5/16/00; batch # 25922
12/21/00  SWW; Costs                                          768.85
12/22/00  Transfer to Pay fees                            1400331.81
02/13/01  SWW; Attorney fees & costs                         5031.75
04/25/01  Check to SWW; Attorney fees & costs               16709.21
08/28/01  CK TO SWW FOR PAYMENT OF FEES & COSTS             13487.46
09/28/01  Wendell, Rosen, Black & Dean, LLP; Wire           32606.28
          transfer to Civic Bank Of Commerce; Acct
          121140959
11/19/01  Wendel, Rosen, Black & Dean, LLP; Wire t          70457.50
          to Civiv Bank of Commerce; Acct # 105051
12/12/01  CK TO SWW FOR HALSON FEE CREDITS                 197756.65
12/12/01  CK TO SWW FOR FEES AND COSTS                     219105.50
02/15/02  Check to SWW; paymeny of invoice #817396          21681.45
02/15/02  Payment of invoice # 817408                       23623.35
02/19/02  Wire to Wendel, Rosen, Black & Dean, LLP          23144.88
03/26/02  Check to SWW; Attorney fees                        7625.75
                                                         ------------
LESS TOTAL DISBURSEMENTS . . . . . . . . . .              5969068.35(  5969068.35)
                                                                     ------------
```

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-I
Page 15 of 37

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 101085-103112

TAX ID # IRS-93-1130272

CURRENT BALANCE . . . . . . . . . . . . . . .                                    47565.62

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT FEES | $ | 7,625.75 |
| TOTAL CURRENT INVOICE | $ | 7,625.75 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 7,625.75 |
| | | |
| | $ | 7,625.75 |
| LESS PAYMENT FROM TRUST ACCOUNT | | ---------- |
| AMOUNT DUE | $ | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVO

EXHIBIT A-1
Page 16 of 37

SCHWABE
WILLIAMSON
& WYATT
P.C.
ATTORNEYS AT LAW

THIRD & MAIN
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

May 17, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #:  824725

Re: Paternity Suit

## REMITTANCE ADVICE

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 222.85 |
| SUBTOTAL CURRENT FEES | $ | 28,919.75 |
| TOTAL CURRENT INVOICE | $ | 29,142.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 29,142.60 |
| | | |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 29,142.60 |
| | | ------------ |
| AMOUNT DUE | $ | 0.00 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

COPY

**SCHWABE WILLIAMSON & WYATT** P.C.

ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

May 17, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 824725

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/15/02 | CJL | 1.00 | Researching non-solicitation agreements and covenants not to compete; Reporting findings to DWA; |
| 03/06/02 | PLO | 1.10 | Review memos concerning reorganization and merger of British Virgin Island corporations with US subsidiaries; conference with Mitch Hornecker regarding the same; telephone conference with KPMG accountant regarding BVI law |
| 03/14/02 | GWM | 2.10 | Begin preparation of MGH merger into Distil; analysis of Delaware regs. |
| 03/19/02 | DBY | .25 | Conference with DWA and JNB re estate tax |
| 03/19/02 | GWM | 6.80 | Legal research re Delaware merger statutes; analysis of timing and logistics of reverse splits; begin drafting merger agreement |
| 03/19/02 | NDS | 3.20 | Research re SOS for estate tax foreign and administrative credit |
| 03/20/02 | MEH | .30 | Emails from and to S. Masood, email to Yuri |
| 03/20/02 | JNB | 4.20 | Taxes: review pleadings and general files for documentation of US, California and Nevada estate tax payments, audits, requests for extensions, and French inheritance taxes for Chalet Lalou. |
| 03/20/02 | JNB | 4.20 | Taxes: begin to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 03/20/02 | NDS | 1.50 | Review files & tax return. |
| 03/20/02 | GWM | 5.60 | Complete drafting merger agreement; draft Lonsat action for reverse split; amendment of Certificate of Inc. and merger |
| 03/21/02 | MEH | .50 | Review and revise merger agreement |
| 03/21/02 | DBY | .25 | Conference with Julie Becker re organization of file |
| 03/21/02 | DBY | 3.30 | Start inventory of documents from Walsworth firm for preparation of tax return |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATION
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES

**EXHIBIT A-1**
**Page 18 of 37**

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page   2
C/M # : 107085-103112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 03/21/02 | DWA | 1.30 | Work on pending tax issues and questions re state refunds |
| 03/21/02 | JNB | 6.80 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 03/22/02 | DWA | .75 | Conference with Julie Becker re inventory of Walsworth documents; review specific files |
| 03/22/02 | GWM | .50 | Revise merger agreement and consent action |
| 03/25/02 | DBY | 2.25 | Continue inventory of Walsworth documents |
| 03/25/02 | DWA | 1.20 | Correspondence with Fennell; look at estate tax refund No. 2 |
| 03/26/02 | DBY | .50 | Continued inventory of Walsworth documents |
| 03/26/02 | DWA | .85 | Telephone call from Julian' memo from Fennell; memo from Moncrief |
| 03/27/02 | RAD | 4.50 | Review and index documents from Walsworth regarding tax information |
| 03/28/02 | JSC | 2.70 | Taxes: review and organize the Walsworth tax documents into redwelds |
| 03/28/02 | RAD | 1.50 | Review and index documents from Walsworth regarding tax information |
| 03/29/02 | NDS | 2.20 | Review files to gather tax return information |
| 03/29/02 | DWA | 2.70 | Continued review of Walsworth production |
| 04/01/02 | DWA | 1.70 | Tax review |
| 04/01/02 | NDS | 5.80 | Review files for estate tax return information |
| 04/01/02 | JNB | 6.00 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/02/02 | DBY | 2.00 | Continue inventory of Walsworth documents |
| 04/02/02 | DWA | 1.65 | E-mail correspondence with Moncrieff, Kessler; memo from and memo to Clifford |
| 04/02/02 | NDS | 3.60 | Review files for estate tax return information |
| 04/02/02 | JNB | 6.10 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/03/02 | RAD | 2.50 | Review and index documents received from Walsworth |
| 04/03/02 | DWA | .80 | Conference with Julie Becker re Walsworth tax files; conference with M. 'a G. re same |
| 04/03/02 | NDS | 6.50 | Review files for estate tax return information |
| 04/03/02 | PLO | .20 | Conference with M. Hornecker regarding merger of BVI corporation into US corporation |
| 04/03/02 | JNB | 3.60 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/04/02 | RAD | 1.50 | Review and index documents received from Walsworth |
| 04/04/02 | NDS | 2.50 | Review files for estate tax return information |
| 04/04/02 | JNB | 4.60 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

**EXHIBIT A-1**

SCHWABE
WILLIAMSON
& WYATT
P.C.
ATTORNEYS AT LAW

1211 SW FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WASH.
VANCOUVER, WA
WASHINGTON, D.C.

Page      3
C/M # :  12105

TAX ID # IRS-93-1130272

| Date | Initials | Hours | Description |
|---|---|---|---|
| 04/05/02 | DWA | 1.65 | Work on RS settlement issues and correspondence |
| 04/05/02 | NDS | 6.20 | Review files for estate tax returns and information re foreign and states tax credit. |
| 04/08/02 | DWA | 1.80 | Conference with Needa Soofi; Becker; memo to Julian, Sigler; telephone conference with Kostic; telephone to and telephone call from Crang Janes; telephone call from Kostic; review closing records |
| 04/08/02 | JNB | 4.80 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/08/02 | JNB | .60 | Taxes: compile Executor Petitions for Instruction and Activity Reports and other pleadings for Neda Soofi to review. |
| 04/08/02 | NDS | 7.30 | Research re the law re Claim for Refund; review the documents |
| 04/09/02 | DWA | 1.20 | Evaluate tax refund and related issues |
| 04/09/02 | JNB | 2.60 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/09/02 | JNB | 1.00 | Taxes: compile Executor Petitions for Instruction and Activity Reports and other pleadings for Neda Soofi to review. |
| 04/09/02 | NDS | 4.50 | Review documents for tax related information |
| 04/10/02 | DWA | 1.20 | Conference with Needa Soofi re refund claims and exceptions |
| 04/10/02 | JNB | .80 | Taxes: identify and print from CDs received from Morrison & Foerster all pleadings regarding IRS Form 890. |
| 04/10/02 | NDS | 7.10 | Review documents for tax related information |
| 04/11/02 | DWA | 1.20 | Conference with Needa Soofi re additional records; conference with Julie Becker re computation of final estate admin costs |
| 04/11/02 | NDS | 4.20 | Research re IRS Form 890; analyse the issue with Marc Sellers; discuss the Claim for Refund issue with David Axelrod |
| 04/12/02 | DWA | 1.75 | Telephone call from Fennell; memo from Needa Soofi; conference with Julie Becker; letter from June Mair and other counsel |
| 04/12/02 | JNB | 3.70 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/12/02 | NDS | 7.10 | Research IRS Technical Advice; review files and tax documents; e-mail to Tom Kustic; Phone conversation with Greg Jenner |
| 04/15/02 | NDS | 2.50 | Phone conversation with the IRS attorney re general question about claim of refund; Phone conversation with Tom Kostic; review documents |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L
EXHIBIT A-1

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV   Page 20 of 37

**SCHWABE WILLIAMSON & WYATT P.C.**

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page 4
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| Date | Init | Hrs | Description |
|---|---|---|---|
| 04/15/02 | JNB | 4.10 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/16/02 | DWA | 1.20 | Review Mykonos report |
| 04/16/02 | NDS | .80 | Review documents and tax related memos; discuss the issue with David Axelord |
| 04/16/02 | JNB | 3.20 | Review, organize, index and update pleadings files. |
| 04/16/02 | JNB | 2.70 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/17/02 | DWA | 1.50 | Review Allen report; memo from John Fletcher; memo from Neda S.; telephone call from Bob Julian |
| 04/17/02 | JNB | 5.20 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/18/02 | DWA | .25 | Letter from Chris Birkett re settlement payments |
| 04/18/02 | NDS | .60 | Phone conversation with Tom Kustic; review documents with Julie Becker |
| 04/19/02 | NDS | .40 | Review documents with Julie Becker |
| 04/23/02 | JNB | 5.40 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/25/02 | DWA | .75 | Correspondence from Sutton, Moncrieff; telephone call from Jorgensen; memorandum from Julian |
| 04/26/02 | JNB | .50 | Taxes: letter to Michael Burger requesting backup documentation for Liquidating Trust tax returns for 2000-2002. |
| 04/26/02 | NDS | 1.60 | Review documents for information re tax returns and IRS Form 890 |
| 04/29/02 | DWA | 1.40 | Telephone call from Fennell regarding B of S; memo from and memo to Julie Becker; correspondence regarding related office personnel regarding receiver |
| 04/29/02 | JNB | 5.20 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/30/02 | DWA | 1.75 | Telephone call from Fennell; review indictment, receiver order; address issues; telephone conference with Gallagher |
| 04/30/02 | JNB | 2.40 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/01/02 | NDS | 1.70 | Conference with David Axelord re tax issues; review documents; prepare documents and send to Garrick Gallagher |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1

**SCHWABE WILLIAMSON & WYATT** P.C.

ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 101085-103112

TAX ID # IRS-93-1130272

| 05/03/02 | NDS | 1.00 | Discuss tax issues with Julie Becker; review documents |
|----------|-----|------|---------|

| | | | |
|---|---|---|---|
| David W. Axelrod | 26.60 hrs at | 295.00 $/hr = $ | 7,847.00 |
| Mitchell E. Hornecker | .80 hrs at | 255.00 $/hr = $ | 204.00 |
| Peter L. Osborne | 1.30 hrs at | 280.00 $/hr = $ | 364.00 |
| Christopher Lewis | 1.00 hrs at | 150.00 $/hr = $ | 150.00 |
| Greg Mallory | 15.00 hrs at | 215.00 $/hr = $ | 3,225.00 |
| Neda D Soofi | 70.30 hrs at | 140.00 $/hr = $ | 9,842.00 |
| Rosalie A Dunaif | 10.00 hrs at | 90.00 $/hr = $ | 900.00 |
| Debbie B. York | 8.55 hrs at | 45.00 $/hr = $ | 384.75 |
| Julie N. Becker | 77.70 hrs at | 75.00 $/hr = $ | 5,827.50 |
| Jill S Chickering | 2.70 hrs at | 65.00 $/hr = $ | 175.50 |

SUBTOTAL CURRENT FEES    213.95 hours    = $    28,919.75

DESCRIPTION OF COSTS

| | |
|---|---|
| Photocopies | 26.25 |
| Photocopies | 168.20 |
| Long Distance Calls | 1.80 |
| Outgoing Telefax Charges | 26.60 |

SUBTOTAL CURRENT COSTS    $    222.85

TOTAL FEES AND COSTS    $    29,142.60

```
-----------TRUST ACCOUNT SUMMARY-----------------------
                    Portland IOLTA Trust Account
TRUST ACCOUNT: PDXTR
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . .    4000.00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . . 6012634.17
DISBURSEMENT(S)
02/12/98 SWW - FOR EXPENSES INCURRED AFTER 11-21-        4000.00
03/13/98 SWW - FEES ONLY - INVOICE #708491            315403.65
12/29/98 WIRE CAME INTO WRONG ACCT - SHOULD BE        195064.17
         DEPOSITORY ACCT
03/06/00 SWW; pay A/R 101085-111929                   141643.81
03/06/00 Wire out to Wendel, Rosen, Black etal; C     713484.83
         Bank of Commerce; Acct # 105021096
04/25/00 SWW; costs                                   133498.60
05/05/00 SWW - ACCTS REC.                               7513.00
05/05/00 SWW - PAYMENT OF FEES                       2422463.12
06/14/00 Transfer to C/M # 106821-118467 per DWA        3666.73
         correction of 5/16/00; batch # 25922
12/21/00 SWW; Costs                                     768.85
```

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV

EXHIBIT A-1

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page 6
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| Date | Description | | Amount |
|------|-------------|--|--------|
| 12/22/00 | Transfer to Pay fees | | 330331.81 |
| 02/13/01 | SWW; Attorney fees | | 5031.75 |
| 04/25/01 | Check to SWW; Attorney fees & costs | | 16709.21 |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | | 13487.46 |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | | 32606.28 |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | | 70457.50 |
| 12/12/01 | CK TO SWW FOR HALSON FEE CREDITS | | -197756.65 |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | | 219105.50 |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | | 21681.45 |
| 02/15/02 | Payment of invoice # 817408 | | 23623.35 |
| 02/19/02 | Wire to Wendel, Rosen, Black & Dean, LLP | | 23144.88 |
| 03/26/02 | Check to SWW; Attorney fees | | 7625.75 |
| 05/17/02 | Check to SWW; Attorney fees & costs | | 29142.60 |

LESS TOTAL DISBURSEMENTS . . . . . . . . .   5998210.95( 5998210.95)

CURRENT BALANCE . . . . . . . . . . . . . .                    18423.22


FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 222.85 |
| SUBTOTAL CURRENT FEES | $ | 28,919.75 |
| TOTAL CURRENT INVOICE | $ | 29,142.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 29,142.60 |

LESS PAYMENT FROM TRUST ACCOUNT                 $    29,142.60
                                                     -----------
AMOUNT DUE                                      $        0.00

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LA **EXHIBIT A-1**
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV **Page 23 of 37**

**WILLIAMSON & WYATT** P.C.
*ATTORNEYS AT LAW*

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OREGON
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

June 28, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #:  827966

Re: Paternity Suit

## REMITTANCE ADVICE

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 11,977.40 |
| SUBTOTAL CURRENT FEES | $ | 6,445.82 |
| TOTAL CURRENT INVOICE | $ | 18,423.22 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 18,423.22 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 18,423.22 |
| | | ----------- |
| AMOUNT DUE | $ | 0.00 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L/
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV

EXHIBIT A-1
Page 24 of 37

SCHWABE
WILLIAMSON
& WYATT
P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

June 28, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #:  827966

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 05/01/02 | JNB | .30 | Taxes: letter to David Becker, CPA requesting back-up documentation for Liquidating Trust income tax returns for 2000, 2001, 2002. |
| 05/01/02 | JNB | .10 | Taxes: email to Simon Wesley requesting confirmation of payment of French inheritance tax. |
| 05/01/02 | JNB | .10 | Taxes: email to June Mair requesting confirmation of payment of French inheritance taxes. |
| 05/01/02 | JNB | 5.30 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/03/02 | DWA | .75 | Correspond with John Fletcher, Bob Julian |
| 05/03/02 | JNB | 3.80 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/03/02 | JNB | .10 | Taxes: email to Heidi Hooman re: documentation for payment of French inheritance taxes. |
| 05/06/02 | AP | 1.30 | Review motion and order re receivership (.4); telephone call from KPMG re possible receivership appointment (.2); research re bank bankruptcy (.7). |
| 05/06/02 | JNB | 5.40 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/06/02 | NDS | .30 | Review documents with Julie Becker |
| 05/07/02 | DWA | 1.25 | Correspond with J. Becker; review Lujan fax regarding DHL; correspond with trust beneficiaries |
| 05/08/02 | DWA | .40 | Correspond with John Fletcher; correspond with Lujan (DHL) |
| 05/08/02 | JNB | 3.40 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/09/02 | JNB | 2.60 | Review, organize, index and update pleadings, correspondence and general files. |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1

SCHWABE
WILLIAMSON
& WYATT
P.C.

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page
C/M #: 101865-103132

TAX ID # IRS-93-1130272

| Date | Initials | Hours | Description |
|---|---|---|---|
| 05/10/02 | NDS | .30 | Discuss and canalize the states tax refund issues with David Axelrod |
| 05/13/02 | NDS | .40 | Review new documents provided by Julie Becker |
| 05/13/02 | JNB | 7.00 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/14/02 | JNB | 7.10 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/16/02 | NDS | .30 | Follow up the issue of obtaining documents regarding payment of French estate tax with Julie Becker |
| 05/16/02 | JNB | 3.60 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/17/02 | JNB | .40 | File research re: CNMI Supreme court order barring David Lujan from practicing in the CNMI after the close of CNMI Superior Court No. 95-626 unless he passes the CNMI bar. |
| 05/31/02 | DWA | 4.50 | Telephone call from and telephone to Gallagher; correspondence re trustees distributions; telephone to and telephone call from Julian; memo to Ohle; review Troit filing |
| 06/03/02 | DWA | .65 | Review Saipan and Supreme Court Orders; telephone call from and telephone conference with Randall Fennell |
| 06/03/02 | DWA | .75 | Telephone conference with Gallagher; telephone conference with Smallwood; telephone call from Julian |
| 06/03/02 | NDS | 1.00 | Review the issue of tax refunds from different states |
| 06/04/02 | DWA | .75 | Telephone call from Fennel; telephone call from Pat Smith re CNMI issues |
| 06/04/02 | NDS | 1.50 | Work on file re state tax refunds |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alex Poust | 1.30 hrs at | 215.00 $/hr = $ | 279.50 |
| David W. Axelrod | 9.05 hrs at | 295.00 $/hr = $ | 2,669.75 |
| Neda D Soofi | 1.00 hrs at | 150.00 $/hr = $ | 150.00 |
| Neda D Soofi | 1.50 hrs at | 149.71 $/hr = $ | 224.57 |
| Neda D Soofi | 1.30 hrs at | 140.00 $/hr = $ | 182.00 |
| Julie N. Becker | 39.20 hrs at | 75.00 $/hr = $ | 2,940.00 |
| SUBTOTAL CURRENT FEES | 53.35 hours | = $ | 6,445.82 |

DESCRIPTION OF COSTS

| | | |
|---|---|---|
| 06/10/02 | Fees (professional) - Check-Diane K Bergeron; Third-Party Payments for Research and Investigative Services at Receiver's Request for Supreme Court Proceedings | 11,977.40 |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV.

EXHIBIT A-1
Page 26 of 37

**WILLIAMSON & WYATT** P.C.

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 101085-103172

TAX ID # IRS-93-1130272

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 11,977.40 |
| TOTAL FEES AND COSTS | $ | 18,423.22 |

```
----------------------TRUST ACCOUNT SUMMARY----------------------*
                           Portland IOLTA Trust Account
TRUST ACCOUNT: PDXTR                                          4000.00
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . .        6012634.17
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . .
DISBURSEMENT(S):
02/12/98  SWW - FOR EXPENSES INCURRED AFTER 11-21-          4000.00
03/13/98  SWW - FEES ONLY - INVOICE #708491             315403.65
12/29/98  WIRE CAME INTO WRONG ACCT - SHOULD BE          195064.17
          DEPOSITORY ACCT                                141643.81
03/06/00  SWW; pay A/R 101085-111929                     713484.83
03/06/00  Wire out to Wendel, Rosen, Black etal; C
          Bank of Commerce; Acct # 105021098             133498.60
04/25/00  SWW; costs                                       7513.00
05/05/00  SWW - ACCTS REC.                              2422463.12
05/05/00  SWW - PAYMENT OF FEES                            3666.73
06/14/00  Transfer to C/M # 106821-118467 per DWA
          correction of 5/16/00; batch # 25922             768.85
12/21/00  SWW; Costs                                    1400331.81
12/22/00  Transfer to Pay fees                             5031.75
02/13/01  SWW; Attorney fees                              16709.21
04/25/01  Check to SWW; Attorney fees & costs            13487.46
08/28/01  CK TO SWW FOR PAYMENT OF FEES & COSTS          32606.28
09/28/01  Wendell, Rosen, Black & Dean, LLP; Wire
          transfer to Civic Bank Of Commerce; Acct
          121140959                                       70457.50
11/19/01  Wendel, Rosen, Black & Dean, LLP; Wire t
          to Civiv Bank of Commerce; Acct # 105051       197756.65
12/12/01  CK TO SWW FOR HALSON FEE CREDITS               219105.50
12/12/01  CK TO SWW FOR FEES AND COSTS                    21681.45
02/15/02  Check to SWW; paymeny of invoice #817396        23623.35
02/15/02  Payment of invoice # 817408                     23144.88
02/19/02  Wire to Wendel, Rosen, Black & Dean, LLP         7625.75
03/26/02  Check to SWW; Attorney fees                     29142.60
05/17/02  Check to SWW; Attorney fees & costs             18423.22
06/28/02  Check to SWW; Attorney fees & costs           -----------
                                                       6016634.17(  6016634.17)
LESS TOTAL DISBURSEMENTS . . . . . . . . .              -----------
                                                              0.00
CURRENT BALANCE . . . . . . . . . . . . . .
```

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L  **EXHIBIT A-1**
COSTS POSTED AFTER THIS INVOICE WILL APPEAR U... SEQUENT IN  **Page 27 of 37**

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

SEATTLE, WA        C/M #:  P01668-003444
VANCOUVER, WA
WASHINGTON, D.C.        TAX ID #  IRS-93-1130272

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 11,977.40 |
| SUBTOTAL CURRENT FEES | $ | 6,445.82 |
| TOTAL CURRENT INVOICE | $ | 18,423.22 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 18,423.22 |
| | $ | 18,423.22 |
| LESS PAYMENT FROM TRUST ACCOUNT | | |
| AMOUNT DUE | $ | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW    EXHIBIT A-1
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOI  Page 28 of 37

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.
ATTORNEYS AT LAW

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832531

Re: Paternity Suit

## REMITTANCE ADVICE

### FINAL SUMMARY

|                                         |     |           |
|-----------------------------------------|-----|-----------|
| SUBTOTAL CURRENT COSTS                  | $   | 4.90      |
| SUBTOTAL CURRENT FEES                   | $   | 75,486.77 |
| TOTAL CURRENT INVOICE                   | $   | 75,491.67 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS)   | $   | 75,491.67 |
|                                         | $   | 18,423.22 |
| LESS PAYMENT FROM TRUST ACCOUNT         |     |           |
| AMOUNT DUE                              | $   | 0.00      |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 29 of 37

**SCHWABE WILLIAMSON & WYATT** P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832531

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 09/13/01 | CJL | .50 | Researching incubatory test standards; |
| 09/13/01 | JNB | .50 | Review, organize and update file, identifying materials to be moved to JC Trust file. |
| 09/13/01 | RLS | .50 | Receive and review Billblom psychology records regarding gender identity, euphoria |
| 10/02/01 | DLL | .50 | Conduct investigation into financial assets of trust held by Bank of Hong Kong for attachment and execution purposes of court ordered judgment for plaintiff |
| 10/02/01 | JSC | .50 | Review and analysis of memoranda pertaining to Cuartero. |
| 10/02/01 | RAD | .50 | Review and organize documents for deposition preparation |
| 10/25/01 | DWA | .60 | Work on various revisions and schemes |

David W. Axelrod
Christopher Lewis
Deric L. Luoto
Rosalie A Dunaif
Rachel L Bradiute
Julie N. Becker
Jill S Chickering

| | |
|---|---|
| .60 hrs at 79599.67 $/hr = $ | 47,759.80 |
| .50 hrs at 47717.90 $/hr = $ | 23,858.95 |
| .50 hrs at 471.82 $/hr = $ | 235.91 |
| .50 hrs at 3902.76 $/hr = $ | 1,951.38 |
| .50 hrs at 2794.22 $/hr = $ | 1,397.11 |
| .50 hrs at 133.60 $/hr = $ | 66.80 |
| .50 hrs at 433.64 $/hr = $ | 216.82 |

SUBTOTAL CURRENT FEES    3.60 hours    =    $    75,486.77

DESCRIPTION OF COSTS

Outgoing Telefax Charges    4.90

SUBTOTAL CURRENT COSTS    $    4.90

TOTAL FEES AND COSTS    $    75,491.67

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVO

EXHIBIT A-1



**WILLIAMSON & WYATT** P.C.
ATTORNEYS AT LAW

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 101085-103112

TAX ID # IRS-93-1130272

```
--------------------------TRUST ACCOUNT SUMMARY--------------------------
TRUST ACCOUNT: PDXTR            Portland IOLTA Trust Account
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . .          4000.00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . .         6012634.17
DISBURSEMENT(S):
02/12/98  SWW - FOR EXPENSES INCURRED AFTER 11-21-        4000.00
03/13/98  SWW - FEES ONLY - INVOICE #708491            315403.65
12/29/98  WIRE CAME INTO WRONG ACCT - SHOULD BE        195064.17
          DEPOSITORY ACCT
03/06/00  SWW; pay A/R 101085-111929                   141643.81
03/06/00  Wire out to Wendel, Rosen, Black etal; C     713484.83
          Bank of Commerce; Acct # 10502109
04/25/00  SWW; costs                                    23498.60
05/05/00  SWW - ACCTS REC.                               7513.00
05/05/00  SWW - PAYMENT OF FEES                        2422463.12
06/14/00  Transfer to C/M # 106821-118467 per DWA         3666.73
          correction of 5/16/00; batch # 25922
12/21/00  SWW; Costs                                      768.85
12/22/00  Transfer to Pay fees                         1400331.81
02/13/01  SWW; Attorney fees                              5031.75
04/25/01  Check to SWW; Attorney fees & costs           16709.21
08/28/01  CK TO SWW FOR PAYMENT OF FEES & COSTS         13487.46
09/28/01  Wendell, Rosen, Black & Dean, LLP; Wire       32606.28
          transfer to Civic Bank Of Commerce; Acct
          121140959
11/19/01  Wendel, Rosen, Black & Dean, LLP; Wire t      70457.50
          to Civiv Bank of Commerce; Acct # 105051
12/12/01  CK TO SWW FOR BALSON FEE CREDITS             197756.65
12/12/01  CK TO SWW FOR FEES AND COSTS                 219105.50
02/15/02  Check to SWW; paymeny of invoice #817396      21581.45
02/15/02  Payment of invoice # 817408                   23623.35
02/19/02  Wire to Wendel, Rosen, Black & Dean, LLP      23144.88
03/26/02  Check to SWW; Attorney fees                    7625.75
05/17/02  Check to SWW; Attorney fees & costs           29142.60
06/28/02  Check to SWW; Attorney fees & costs           18423.22
                                                      ------------
LESS TOTAL DISBURSEMENTS . . . . . . . . . . .        6016634.17(  6016634.17)
                                                                 ------------
CURRENT BALANCE . . . . . . . . . . . . . . . .                       0.00
```

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L   EXHIBIT A-1

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV   Page 31 of 37

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR                    Page    3
SEATTLE, WA                 C/M #: 101085-109112
VANCOUVER, WA
WASHINGTON, D.C.            TAX ID # IRS-93-1130272

## FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 4.90 |
| SUBTOTAL CURRENT FEES | $ | 75,486.77 |
| TOTAL CURRENT INVOICE | $ | 75,491.67 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 75,491.67 |
| | $ | 18,423.22 |
| LESS PAYMENT FROM TRUST ACCOUNT | | |
| | $ | 0.00 |
| AMOUNT DUE | | |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 32 of 37

**SCHWABE**
**WILLIAMSON**
**& WYATT**
P.C.
ATTORNEYS AT LAW

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #:  832533

Re: Paternity Suit

## REMITTANCE ADVICE

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 170.55 |
| SUBTOTAL CURRENT FEES | $ | 17,386.75 |
| TOTAL CURRENT INVOICE | $ | 17,557.30 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 17,557.30 |

DNA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW M
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 33 of 37

WILLIAMS KASTNER SUITE 600
& WYATT PORTLAND, OREGON 97204-3795
P.C. PHONE: (503) 222-9981
FAX: (503) 796-2900

SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.        TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832533

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 05/03/02 | JNB | .10 | Taxes: email to Simon Wesley re: payment of French inheritance taxes. |
| 06/05/02 | MKS | .50 | Intra-office conference between Sellers and Neda Soofi regarding statute of limitations on claim for refund issues |
| 06/05/02 | DWA | 1.75 | Work on Saipan receivership claim |
| 06/05/02 | DWA | 1.75 | Work on investigative work to defend Saipan receiver |
| 06/05/02 | NDS | 1.50 | Review documents with Julie Becker; conference with Marc Sellers re tax issues |
| 06/06/02 | DWA | 1.60 | Work on unrelated Fennell Receiver issues |
| 06/07/02 | DWA | 2.25 | Review Hillblom probate proceedings re issues affecting Receiver; memo from and memo to Richard Pierce; telephone call from Fennell; work on investigation to support receiver |
| 06/07/02 | DWA | .25 | Conference with N. Soofi; memo to Distributees |
| 06/07/02 | NDS | .30 | Interoffice conference with David Axelrod re tax issues |
| 06/10/02 | MKS | .25 | Intra-office conference between Sellers and Soofi regarding escrow agreement |
| 06/11/02 | DWA | 1.25 | Continue review of Hillblom probate records; continue investigation re effort to disqualify receiver |
| 06/11/02 | DWA | 2.75 | Telephone call from Mr. Fennell; research Hillblom probate inquires and document requests; transmit documents and requested analyses to Receiver and counsel; memo to and memo from Mr. Pierce |
| 06/11/02 | DWA | 1.20 | Work on receivership issues |
| 06/12/02 | DWA | 2.10 | Work on Receivership; tax refund issues |
| 06/13/02 | DWA | 2.00 | Telephone conference with investigators; telephone call from, letter from, memo from Fennell; telephone conference with Fennell re opposition to writ to disqualify; review Receiver revisions to affidavit |

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 34 of 37

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Page
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| Date | | Hours | Description |
|---|---|---|---|
| 06/13/02 | DWA | 1.20 | Memo from, memo to Israel; telephone call from, memo from, memo to Fletcher; correspondence with Majors and Clifford re Kanat |
| 06/17/02 | DWA | 1.25 | Correspondence with Moncrieff, Mike/Julie; telephone call from Julian; review Carlsmith complaint and CNMI counter |
| 06/17/02 | MKS | 2.25 | Review escrow agreement; interoffice conference between Sellers and Axelrod; legal research statute of limitations issues; interoffice conference between Sellers and Neda Soofi regarding effect of Form 870 on statute of limitations, claim for refund issues |
| 06/18/02 | DWA | 1.70 | Telephone call from Pennell; work on Pennell brief; telephone call from and telephone to Gallagher; telephone conference with Sellers |
| 06/24/02 | DWA | 2.25 | Telephone to and telephone call from Julian; telephone call from Gallagher; draft response to Israel; conference with Julie Becker |
| 06/25/02 | DWA | 2.75 | Conference with counsel; review e-mail correspondence and telephone conference with DB; telephone conference with Garrick Gallagher |
| 06/26/02 | DWA | .75 | Conference with Homer re resolution of conflict issues |
| 06/26/02 | MCHC | 5.75 | Research possibility of conflict of interest violation |
| 06/27/02 | DWA | 1.50 | Respond to issues re conflicts; meet with Peter Jarvis |
| 06/27/02 | MCHC | 6.20 | Research on procedure and standards for motions as to conflicts of interest |
| 07/08/02 | DWA | 1.25 | Work on conflict issues |
| 07/12/02 | DWA | 1.50 | Work on conflict-related matters |
| 07/15/02 | DWA | 1.40 | Memo from Pennell; analyze director issues |
| 07/17/02 | DWA | 1.00 | Conference with proposed money managers for JC Trust |
| 07/25/02 | DWA | 2.00 | Work re Bank of Saipan receivership questions |
| 07/26/02 | DWA | 1.20 | Review of older things |
| 08/08/02 | DWA | 2.75 | Memo from, letter from Moncrieff, correspondence with Pennell; revisions to Kristin Date and RS materials |
| 08/09/02 | DWA | .85 | Email correspondence with Receiver; memo from, memo to Moncrieff; telephone call from Pennell |
| 08/10/02 | DWA | 1.30 | Study re Nirada correspondence and analysis |
| 08/12/02 | DWA | 2.10 | Work on Nirada developments |
| 08/13/02 | DWA | 1.20 | Telephone conference with Pennell and Moncrieff; e-mail correspondence with insurance |
| 08/14/02 | DWA | 1.50 | Supervise, review Legeson work |
| 08/15/02 | DWA | 2.65 | Telephone call from Pennell; correspondence Scotia re Nirada directorship; e-mail correspondence with Moncrieff; telephone call from Scotia; review MP proposed investment plan |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 35 of 37

**WILLIAMSON & WYATT**
P.C.

SUITE 600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #  101085-003112

TAX ID #  IRS-93-1130272

| | | | |
|---|---|---|---|
| 08/16/02 | DWA | .60 | Telephone call from Fennell; telephone call from Bergeron; memo from Ohle |
| 08/22/02 | DWA | 1.70 | E-mail correspondence re Nirada; correspondence to Clifford as protector, correspondence to Moncrieff re insurance for protectors |

| | | | |
|---|---|---|---|
| David W. Axelrod | 51.10 hrs at | 295.00 $/hr = $ | 15,074.50 |
| Marc K. Sellers | 3.00 hrs at | 260.00 $/hr = $ | 780.00 |
| Neda D Soofi | 1.80 hrs at | 150.00 $/hr = $ | 270.00 |
| Marisa C Howe | 11.95 hrs at | 105.00 $/hr = $ | 1,254.75 |
| Julie N. Becker | .10 hrs at | 75.00 $/hr = $ | 7.50 |

SUBTOTAL CURRENT FEES    67.95 hours    =    $    17,386.75

DESCRIPTION OF COSTS

| | | |
|---|---|---|
| Bindery | | 15.00 |
| Photocopies | | 5.80 |
| Long Distance Calls | | 2.59 |
| Outgoing Telefax Charges | | 13.30 |
| 06/27/02 Online Research - Check-Lexis Nexis | | 114.42 |
| 05/24/02 Shipping charges - Check-Federal Express Corporation | | 19.44 |

SUBTOTAL CURRENT COSTS    $    170.55

TOTAL FEES AND COSTS    $    17,557.30

```
------------------------TRUST ACCOUNT SUMMARY-------------------------*
                         Portland IOLTA Trust Account
TRUST ACCOUNT: PDXTR
BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . .        4000.00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . .                 6012634.17
DISBURSEMENT(S):
02/12/98 SWW - FOR EXPENSES INCURRED AFTER 11-21-       4000.00
03/13/98 SWW - FEES ONLY - INVOICE #708491            315403.65
12/29/98 WIRE CAME INTO WRONG ACCT - SHOULD BE        195064.17
         DEPOSITORY ACCT
03/06/00 SWW; pay A/R 101085-111929                   141643.81
03/06/00 Wire out to Wendel, Rosen, Black etal; C     713484.83
         Bank of Commerce; Acct # 105021098
04/25/00 SWW; costs                                   133498.60
05/05/00 SWW - ACCTS REC.                               7513.00
05/05/00 SWW - PAYMENT OF FEES                       2422463.12
06/14/00 Transfer to C/M # 106821-118467 per DWA        3666.73
         correction of 5/16/00; batch # 25922
```

TERMS: DUE AND PAYABLE UPON RECEIPT

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT IN'

EXHIBIT A-1
Page 36 of 37

**WILLIAMSON & WYATT** P.C.
ATTORNEYS AT LAW

SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 101085-102112

TAX ID # IRS-93-1130272

| | | |
|---|---|---|
| 12/21/00 | SWW; Costs | 768.85 |
| 12/22/00 | Transfer to Pay fees | 1400331.81 |
| 02/13/01 | SWW; Attorney fees | 5031.75 |
| 04/25/01 | Check to SWW; Attorney fees & costs | 16709.21 |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 13487.46 |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 32606.28 |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire to Civiv Bank of Commerce; Acct # 105051 | 70457.50 |
| 12/12/01 | CK TO SWW FOR BALSON FEE CREDITS | 197756.65 |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 219105.50 |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | 21681.45 |
| 02/15/02 | Payment of invoice # 817408 | 23623.35 |
| 02/19/02 | Wire to Wendel, Rosen, Black & Dean, LLP | 23144.88 |
| 03/26/02 | Check to SWW; Attorney fees | 7625.75 |
| 05/17/02 | Check to SWW; Attorney fees & costs | 29142.60 |
| 06/28/02 | Check to SWW; Attorney fees & costs | 18423.22 |

LESS TOTAL DISBURSEMENTS . . . . . . . .    6016634.17(  6016634.17)
                                            ------------
CURRENT BALANCE . . . . . . . . . . . .                        0.00

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 170.55 |
| SUBTOTAL CURRENT FEES | $ | 17,386.75 |
| TOTAL CURRENT INVOICE | $ | 17,557.30 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 17,557.30 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE BAR
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

**EXHIBIT A-1**
**Page 37 of 37**

# Exhibit 2

 CompuServe
**mail** on the **web**

On CS: Try CompuServe 8.0     Send an E-Card
CompuServe.com              Send a Gift
Instant Messaging           White Pages

 Chance to **WIN a 2003 FORD EXPEDITION** ahead

New Mail: Message      Old Mail      Sent Mail          Help | Sign Off

**Get**     **Create**    **Address**  | **Reply**  **Reply**  **Forward**  **Keep As**  **Delete**
**Mail**    **Mail**      **Book**                    **All**               **New**

Subject: Your questions last night
Date: Tue, 11 Jun 2002 09:26:44 -0700                          ◄ Previous | Next ►
From: "Axelrod, David" <DAxelrod@SCHWABE.com>
To: "Randy Fennell" <RTFennell@cs.com>
Cc: "Richard Pierce" <rwp45@hotmail.com>, "Cindy Adams"
<cindy.adams@saipan.com>

1.  There are three components: work in the probate (primarily ████████ but,
as you know, also significant other activities: ████████ and relatively minor
amounts for "probate" work that carried on after closing through the
liquidating trust; and their contingent fees for the ████████ litigation
(where they made Atalig local counsel immediately after the probate closed in
May 2000.  I believe (will check) that the ████████ contingency payments were
████████ and were ████████ to Atalig and Mendiola each; Walsworth
took out more than ████████ in addition to prior probate and ████████
hourly fees of more than ████████.  Apart from these ridiculous ████████
fees (and we are checking to make sure they have conservative numbers) Atalig
received $1.206 MM out of the probate for special master and success fees and
Diego received $2.913 MM as the "special administrator".  These numbers include
both the payments from the probate (approx .9MM and 2.25MM) and the probate and
████████ work paid out of the liquidating trust.  Most of the data comes form
the probate record of all estate payments, the liquidating trust check ledger
and the ████████ orders distributing the settlement proceeds (these may be
under seal, lol).  We will send you our spread sheet but pulling the orders
would take a long long time.

2.  Will send the SM report.  Yesterday we sent Atalig's odder denying our
motion to disqualify him (what a joke) and telling us to appeal to Castro
(which we did).  Ultimately, recall that a final order was not entered on it as
Castro kept postponing the decision until the parties settled it (against the
backdrop of Atalig's bullshit report, of course) in Guam.

3.  Diane doesn't want to give an affidavit but is willing to come to Saipan.
Makes no sense.  Will try to learn more.  Per her advise, the pictures were
taken on or about May 9, 2000.  Immediately after the "final" distribution for
the probate and the delivery to the library of the $150,000 that Castro
dispensed to Walsworth as yet another success fee and that Walsworth
contributed to the library while suggesting everyone else should do the same.
that is why Russ is there (to deliver the $150K).

4.  We are following up with Ed.

5.  We have found only one transcript on the disc.  I had thought that we had
ordered the December transcript to have Castro's solicitation but cannot find
it.  Neither MoFo, Garrick, nor the foundation have one.

6.  See above.  Directly? No.  Interestingly, Mendiola and Atalig then
immediately show up as participants in the library.

7.  Little.  You have his March letter about the library.  DB didn't want to
specifically identify those people that had private access to the judge.  I
will pursue.

Lujan got very favorable treatment on the contingent fee deduction that was a
big dollar allocation, giving Lujan more than $3 MM more than he should have
receive if you follow Atalig's "recommendation."  But it will be very difficult
to show a direct tie, as they forced settlement of many of these issues by, for
example, telling us that if we didn't reach an agreement the estate would not
be distributed by May 15--if that didn't happen, the tax consequences to the
estate would have been worse that the concessions we were being forced to make
to pay these people.   Fun times.  David

« Previous | Next »

**Get Mail**   **Create Mail**   **Address Book**  | **Reply**   **Reply All**   **Forward**   **Keep As New**   **Delete**

©Copyright 2002 CompuServe Interactive Services, Inc.                    Help | Sign Off
Legal Notices | Privacy Policy

# Exhibit 3

PAGE   1/2

# RANDALL T. FENNELL
### Receiver for Bank of Saipan

*2nd Floor Flame Tree Terrace Bldg.*
*Post Office Box 500049CK*
*Saipan, MP 96930*
*Telephone (670) 323-6633*
*Facsimile (670) 323-7435*
*E-mail: randy.fennell@saipan.com*

*Bank of Saipan, CK*
*Post Office Box 500690 CK*
*Saipan, MP 96950*
*Telephone (670) 235-6290*
*Facsimile (670) 235-6294*

## TELEFACSIMILE COVER LETTER

**DATE:** 6/11/02

**To:** David Axelrod

RECEIVED JUN 1 1 2002

000827

**From:**    Bank of Saipan, Receivership Files
Attn.: Randall T. Fennell, Receiver
AND
Bank of Saipan, Receivership Files
Attn.: Cindy Adams, Esq.

### MAKE ALL FAXED CORRESPONDANCE TO BOTH ADDRESSES

**TELEFACSIMILE Nos.:**    234-9316 Office of Cindy Adams
323-7435 Office of Randall T. Fennell

**Total number of pages including this cover sheet:** 2

### COMMENTS

*If you do not receive all pages clearly, PLEASE CALL (670)323-6633*

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.