# EXHIBIT 8

MAIR, MAIR, SPADE & THOMPSON
Attorneys at Law
238 A.F.C. Flores Street
Suite 801 Pacific News Building
Hagåtña, Guam 96910
Telephone: (671) 472-2089
Facsimile: (671) 477-5206

CALVO & CLARK, LLP
MH II Building
Marina Heights Business Park
PMB 951 Box 10001
Saipan, MP 96950
Telephone: (670) 323-2045
Facsimile: (670) 323-2776

*Attorneys for Plaintiff The Bank of Saipan, Inc.*

9

IN THE SUPERIOR COURT
FOR THE
COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

THE BANK OF SAIPAN, INC.,

Plaintiff,

v.

RANDALL T. FENNELL; RICHARD PIERCE; WHITE, PIERCE, MAILMAN & NUTTING; DAVID W. AXELROD; SCHWABE, WILLIAMSON & WYATT; AND DOES 1-20

Defendants.

Civil Action No. 04-0449A

**DECLARATION OF RODNEY J. JACOB IN SUPPORT OF ADDENDUM TO THRESHOLD MOTION AND REQUEST FOR HEARING ON ISSUE OF IMMUNITY**

Date: ____________________
Time: ____________________
Judge: Honorable Juan T. Lizama

I, RODNEY J. JACOB, declare:

1. I am a partner with the law firm of Calvo & Clark, LLP, counsel of record for Plaintiff Bank of Saipan, Inc., in this matter. I make this declaration on personal knowledge, and if called to testify I could and would testify competently to the matters stated herein.

2. Attached as Exhibit 1 is a true and correct copy from the Bank's files of a document that states it is a facsimile from David W. Axelrod to Randall T. Fennell and Richard W. Pierce dated September 26, 2002; re: attached are the exhibits that go with our response on the fee petition.

3. Attached as Exhibit 2 is a true and correct copy from the Bank's files of a document that states it is an e-mail from David Axelrod to Cindy Adams, cc to Randall Fennell dated June 19, 2002; subject: Confidential and Privileged.

4. Attached as Exhibit 3 is a true and correct redacted copy from the Bank's files of a document that states it is an e-mail from David Axelrod to Randall Fennell, Richard Pierce and Cindy Adams dated June 12, 2002; subject: Data.

5. Attached as Exhibit 4 is a true and correct copy from the Bank's files of a document that states it is an e-mail from David Axelrod to Randall Fennell and Richard Pierce dated June 14, 2002; subject: Library.

6. Attached as Exhibit 5 is true and correct redacted copy from the Bank's files of a document that states it is an e-mail from David Axelrod to Randall Fennell, cc to Richard Pierce and Cindy Adams dated June 11, 2002; subject: Your questions last night.

7. Attached as Exhibit 6 is a true and correct from the Bank's files of a document that states it is a telefacsimile from Randall Fennell to Cindy Adams and Richard Pierce dated June 11,

2002; re: 21pgs – Memos / faxes from Diane K. Bergeron re: Lujan / Castro / re Hillblom Memorial Fund.

8. Attached as Exhibit 7 is a true and correct copy from the Bank's files of a document that states it is a telefacsimile from Randall Fennell to David Axelrod dated June 11, 2002.

9. Attached as Exhibit 8 is a true and correct copy of the Declaration of Randall T. Fennell filed on June 20, 2002 in the *Atalig v. Bank of Saipan*, Civil Action No. 02-0268B ("Receivership Action").

10. Attached as Exhibit 9 is a true and correct copy from the Bank's files of a document that states it is a Security Title search that appears to be under the name "Castro".

11. Attached as Exhibit 10 is a true and correct copy from the Bank's files of a document that states it is an e-mail from Julie Becker to Randall T. Fennell dated June 11, 2002; subject: Fax.

I declare, under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands (7 CMC § 3305) that the foregoing is true and correct.

Executed on this 6th day of October, 2005, in Saipan, Commonwealth of the Northern Mariana Islands.

RODNEY J. JACOB

# EXHIBIT 1



SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW
PACWEST CENTER, SUITES 1600-1900 • 1211 SOUTHWEST FIFTH AVENUE • PORTLAND, OREGON 97204-3795
TELEPHONE: 503.222.9981 • FAX: 503.796.2900 • www.schwabe.com

# FACSIMILE TRANSMISSION

Please notify the recipient immediately.

DATE: September 26, 2002

| TO: | FAX NO. | PHONE NO. |
|---|---|---|
| Mr. Randall T. Fennell Esq. Law Offices of Randall T. Fennell | (670) 323-7435 | (670) 323-6633 |
| Richard W. Pierce White Pierce Mailman & Nutting | (670) 234-9537 | (670) 234-6547 |

| FROM: | PHONE NO.: | E-MAIL ADDRESS: |
|---|---|---|
| David W. Axelrod | (503) 796-2066 | daxelrod@schwabe.com |

**MESSAGE:**

Attached are the exhibits that go with our response on the fee petition. I don't know how you are handling the attorney/client aspect of the bills, but leave that to you to assure appropriate confidentiality. The narrative portion of our response will be sent by e-mail very shortly. Let us know if you need anything on our end.

David

| FILE NUMBER: | 109374-127867 | TRANSMITTAL TIME: | 2:14 a.m./p.m. |
|---|---|---|---|
| NO. OF PAGES, INCLUDING COVER: | | ALSO VIA: | |
| VIA FAX ONLY: | X | | |

**CAUTION - CONFIDENTIAL**

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE AT OUR COST. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (503) 796-2410 AS SOON AS POSSIBLE.

| FAX OPERATOR: | [signature] | DIRECT DIAL PHONE: | (503) 796-2410 |
|---|---|---|---|



In account with
SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

September 26, 2002

Client/Matter #: 109374-127867
Invoice #: 834265

RANDALL T FENNELL
PO BOX 49
SAIPAN, MP 96950

Re: BANK OF SAIPAN Receivership

## REMITTANCE ADVICE

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 05/24/02 | 825342 | 11848.10 | $.00 | 11848.10 |
| 06/28/02 | 828101 | 14008.27 | $.00 | 14008.27 |
| 07/30/02 | 830297 | 6070.38 | $.00 | 6070.38 |
| 08/29/02 | 832550 | 10702.66 | $.00 | 10702.66 |

PREVIOUS BALANCE $ 42,629.41

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 956.92 |
| SUBTOTAL CURRENT FEES | $ | 6,904.25 |
| TOTAL CURRENT INVOICE | $ | 7,861.17 |
| PREVIOUS OUTSTANDING INVOICES | $ | 42,629.41 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 50,490.58 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1



1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

September 26, 2002

Client/Matter #: 109374-127867
Invoice #: 834265

RANDALL T FENNELL
PO BOX 49
SAIPAN, MP 96950

Re: BANK OF SAIPAN Receivership

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/20/02 | WJO | 1.00 | Conferences with Carmen Calzacorta and Andy Gerlicher re: document preparation for transfer of loan portfolio to CDA (.7); phone messages w/client re: same (.3) |
| 08/21/02 | WJO | 2.00 | Email to Andy Gerlicher w/proposed Bank of Saipan transaction with CDA (.50); phone conversation re: same (.50); received and began review of Bank of Saipan Directors and Officers' Liability Policy (1.0) |
| 08/22/02 | WJO | 1.00 | Researched issues regarding transfer of bank loan portfolio to CDA (.8); emails with Andy Gerlicher and Mark Manulik re: same (.2) |
| 08/26/02 | WJO | 1.00 | Received and began reviewing Bank of Saipan's opposition to exoneration of Temporary Receiver |
| 08/27/02 | MAM | .20 | Telephone conferences with Messrs. Ohle and Gerlicher |
| 08/27/02 | WJO | 3.00 | Worked on draft Reply memorandum in support of exoneration motion for Temporary receiver (2.0); researched standards for expert testimony in preparation of motion to strike Tarter affidavit (1.0) |
| 08/27/02 | AJG | .10 | Telephone call from Bill Ohle to discuss status and next steps |
| 08/28/02 | ATG | 1.50 | Research regarding federal law standards for qualification as expert witness |
| 08/28/02 | DWA | .85 | Telephone call from Fennell (.4); memo from Ohle (.15); review draft Ohle pages re exoneration, discharge (.3) |
| 08/28/02 | WJO | 5.50 | Drafted reply memorandum in support of exoneration motion for temporary receiver (3.5); researched cases cited by bank directors (2.0) |
| 08/29/02 | WJO | 8.40 | Worked on draft reply in support of exoneration motion and emailed same to client (5.0); drafted motion to strike Tarter expert affidavit and emailed same to client (3.4) |

TERMS: DUE AND PAYABLE UPON RECEIPT
ACCOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATION
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

EXHIBIT A-1

In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 834265
Page 2
C/M #: 109374-127867

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 08/30/02 | MAM | .50 | Office conference with W. Ohle to review portfolio sale issues and related matters (.3); work on summary (.2) |
| 08/30/02 | WJO | 1.00 | Prepared for and attended conference with Mark Manulik re: documentation necessary for transaction of loan portfolio to CDA |
| 09/03/02 | MAM | 1.80 | Memo to W. Ohle outlining principal deal issues regarding portfolio sale (...); review transaction with Ohle (.3) |
| 09/03/02 | DWA | .40 | Telephone call from Mr. Fennell and telephone conference with W. Ohle re form and substance of CDA loan assignment, strategies for settlement with government depositions |
| 09/03/02 | WJO | 4.30 | First draft of agreement between Bank of Saipan, CDA and the CNMI government depositors re: transfer of loan portfolio and government deposit obligations to CDA (4.0); email to client with draft and MAM issue list (.30) |
| 09/04/02 | MAM | 1.00 | Review and revise draft of Assignment |
| 09/07/02 | WJO | .50 | Reviewed and faxed revised billings to client re: time breakouts by task |

| | | | |
|---|---|---|---|
| David W. Axelrod | 1.25 hrs at | 325.00 $/hr = $ | 406.25 |
| Mark A. Manulik | 3.50 hrs at | 285.00 $/hr = $ | 997.50 |
| Andrew J Gerlicher | .10 hrs at | 275.00 $/hr = $ | 27.50 |
| Amanda T Gamblin | 1.50 hrs at | 140.00 $/hr = $ | 210.00 |
| William J. Ohle | 27.70 hrs at | 190.00 $/hr = $ | 5,263.00 |
| SUBTOTAL CURRENT FEES | 34.05 hours | = $ | 6,904.25 |

DESCRIPTION OF COSTS

| | | |
|---|---|---|
| | Photocopies | 2.60 |
| | Outgoing Telefax Charges | 28.70 |
| 08/28/02 | Online Research - Check-Lexis Nexis | 171.49 |
| 08/29/02 | Online Research - Check-Lexis Nexis | 754.13 |

SUBTOTAL CURRENT COSTS $ 956.92

TOTAL FEES AND COSTS $ 7,861.17

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJEC... OF THE LAW FOUN
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

In account with
SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 834265
Page 3
C/M #: 109374-127867

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 05/24/02 | 825342 | 11848.10 | $.00 | 11848.10 |
| 06/28/02 | 828101 | 14008.27 | $.00 | 14008.27 |
| 07/30/02 | 830297 | 6070.38 | $.00 | 6070.38 |
| 08/29/02 | 832550 | 10702.66 | $.00 | 10702.66 |

PREVIOUS BALANCE $ 42,629.41

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 956.92 |
| SUBTOTAL CURRENT FEES | $ | 6,904.25 |
| TOTAL CURRENT INVOICE | $ | 7,861.17 |
| PREVIOUS OUTSTANDING INVOICES | $ | 42,629.41 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 50,490.58 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUND
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.



In account with
SCHWABE
WILLIAMSON
& WYATT
P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

COPY

TAX ID # IRS-93-1130272

February 15, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 817407

Re: Paternity Suit

## REMITTANCE ADVICE

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 5,681.45 |
| SUBTOTAL CURRENT FEES | $ | 16,000.00 |
| TOTAL CURRENT INVOICE | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 21,681.45 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW F
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOIC

EXHIBIT A-1
Page 5 of 37

In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

February 15, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 817407

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 08/07/01 | JNB | .20 | File research re executor's petition listing legal basis exoneration and discharge to assist David Axelrod. |
| 08/13/01 | JNB | .30 | File research re executor petition for dismissal and exoneration with Table of Authorities. |
| 08/28/01 | DWA | 9.00 | Travel to Cayman Island for trust meeting |
| 08/30/01 | DWA | .50 | Attend trust meeting in Cayman; trustee interviews |
| 08/31/01 | DWA | 8.00 | Attend Trustee meeting in Cayman |
| 09/01/01 | DWA | 6.00 | Travel from Cayman trust meeting |
| 09/27/01 | DWA | 2.00 | Motion for Moncrieff exoneration; telephone conference with Fennell; misc trust matters re protectors |
| 10/06/01 | DWA | 3.50 | Work on Trust and Espeleta claim issues |
| 10/08/01 | DWA | .65 | Review work on guardianship motions |
| 10/09/01 | DWA | 2.00 | Work on Liquidating Trust liquidation |
| 10/11/01 | DWA | 2.00 | Correspondence with Cuertero family |
| 10/30/01 | DWA | 1.50 | Trust meeting and financial review; memo to Moncrieff |
| 11/01/01 | DWA | 1.20 | Correspondence re Mykonos property |
| 11/05/01 | DWA | .80 | Correspondence re Mykonas property |
| 11/06/01 | DWA | 1.20 | Correspondence with Moncrieff; correspondence re Mykonos, etc. |
| 11/07/01 | DWA | 1.35 | Memo from Moncrieff; letter to A. Johsta re Mykonos; telephone call from Julian; review probate fees |
| 11/08/01 | DWA | 1.30 | Work on marketing program |
| 11/14/01 | DWA | 2.60 | Telephone conference with Clifford; telephone conference with Julian; review GSA |
| 11/15/01 | DWA | 2.20 | Work on Estate closure orders |
| 11/16/01 | DWA | 2.40 | Telephone call from Moncrieff; memo to Fennell; proof proposed distribution order, correspondence and memo to Scotia re protector matters |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 817407
Page 2
C/M #: 101085-102112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| | | | Work on and analysis of Nirada issues for property distribution |
| 11/19/01 | DWA | 1.75 | |
| 11/23/01 | DWA | 2.17 | Work with new Trustee on transition; review transition agreements and sign over; correspondence to Fletcher; correspondence to Moncrieff; rev HSA for Saipan hearings |

| | | | |
|---|---|---|---|
| David W. Axelrod | 51.95 hrs at 295.00 $/hr = | $ | 15,325.25 |
| David W. Axelrod | 2.17 hrs at 294.82 $/hr = | $ | 639.75 |
| Julie N. Becker | .50 hrs at 70.00 $/hr = | $ | 35.00 |
| SUBTOTAL CURRENT FEES | 54.62 hours = | $ | 16,000.00 |

DESCRIPTION OF COSTS

| | | |
|---|---|---|
| | Photocopies | 9.80 |
| | Document production charges | 651.00 |
| 12/17/01 | Travel expenses - Check-David W. Axelrod, 12/17-21/2001 Saipan | 4,371.20 |
| 01/27/02 | Travel expenses - Check-David W. Axelrod, 1/27-2/2/2002 Hawaii | 649.45 |
| SUBTOTAL CURRENT COSTS | | $ 5,681.45 |
| TOTAL FEES AND COSTS | | $ 21,681.45 |

*----------------------------TRUST ACCOUNT SUMMARY-------------------------*

TRUST ACCOUNT: PDXTR Portland IOLTA Trust Account

| | | |
|---|---|---|
| BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . | | 4000.00 |
| PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . | | 5910674.37 |
| DISBURSEMENT(S): | | |
| 02/12/98 SWW - FOR EXPENSES INCURRED AFTER 11-21- | 4000.00 | |
| 03/13/98 SWW - FEES ONLY - INVOICE #708491 | 315403.65 | |
| 12/29/98 WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 195064.17 | |
| 03/06/00 SWW; pay A/R 101085-111929 | 141643.81 | |
| 03/06/00 Wire out to Wendel, Rosen, Black etal; C Bank of Commerce; Acct # 105021098 | 713484.83 | |
| 04/25/00 SWW; costs | 133498.60 | |
| 05/05/00 SWW - ACCTS REC. | 7513.00 | |
| 05/05/00 SWW - PAYMENT OF FEES | 2422463.12 | |
| 06/14/00 Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 3666.73 | |
| 12/21/00 SWW; Costs | 768.85 | |
| 12/22/00 Transfer to Pay fees | 1400331.81 | |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 817407
Page 3
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 02/13/01 | SWW; Attorney fees | 5031.75 | |
| 04/25/01 | Check to SWW; Attorney fees & costs | 16709.21 | |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 13487.46 | |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 32606.28 | |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 70457.50 | |
| 12/12/01 | CK TO SWW FOR HALSON FEE CREDITS | 197756.65 | |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 219105.50 | |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | 21681.45 | |
| | | ------- | |
| | LESS TOTAL DISBURSEMENTS | 5914674.37 | ( 5914674.37) |
| | | | ------------ |
| | CURRENT BALANCE | | 0.00 |

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 5,681.45 |
| SUBTOTAL CURRENT FEES | $ | 16,000.00 |
| TOTAL CURRENT INVOICE | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 21,681.45 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATION
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

EXHIBIT A-1
Page 8 of 37



In account with
SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

February 15, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 817408

Re: Paternity Suit

## REMITTANCE ADVICE

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/15/02 | 817407 | 21681.45 | $.00 | 21681.45 |

PREVIOUS BALANCE $ 21,681.45

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT FEES | $ | 23,623.35 |
| TOTAL CURRENT INVOICE | $ | 23,623.35 |
| PREVIOUS OUTSTANDING INVOICES | $ | 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 45,304.80 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNU
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST [illegible]ECTIVES OF THE LAW FOR
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

February 15, 2002

Client/Matter #: 101085-103112
Invoice #: 817408

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 11/23/01 | DWA | 3.50 | Work with new Trustee on transition; review transition agreements and sign over; correspondence to Fletcher; correspondence to Moncrieff; rev HSA for Saipan hearings |
| 11/26/01 | DWA | 1.20 | Telephone call from and telephone conference with Julian; correspondence re Nirada assets; review Nirada file |
| 11/28/01 | DWA | .80 | Memo from Moncrieff; letter to Allen re Nirada; memo from and memo to Fletcher |
| 11/29/01 | DWA | .75 | Correspondence estronom; telephone conference with Randy Fennell; review Protector issues; review Kannat issues |
| 12/04/01 | DWA | 2.65 | Work on asset issues re Nirada, Kanat and Protector issues |
| 12/05/01 | DWA | 2.65 | Correspondence, review with Jon Allen; memo to Protectors |
| 12/07/01 | DWA | 3.25 | Attend meeting with co-counsel; correspondence to Schwartz, Allen re Nirada; prepare for Saipan discussions |
| 12/10/01 | DWA | .70 | Telephone call from Fennell; telephone call from Moncrieff; memo from Gallagher re San Rogue |
| 12/11/01 | DWA | .50 | Telephone conference with Fennell |
| 12/13/01 | DWA | 1.35 | Telephone call from Fennell; telephone call from Hazlewood |
| 12/17/01 | DWA | 1.60 | Work on calculation of Nirada boundaries and San Rogue |
| 01/02/02 | DWA | 1.75 | Conference with Fennell; telephone call from and memo from Jon Allen; e-mail correspondence re Mykinos, DHL Revenue and liquidation issues |
| 01/03/02 | DWA | 1.50 | Memo from and memo to John Fletcher; memo to Kim Ronai; review DHL revenue issues |
| 01/04/02 | DWA | .50 | Memo from and memo to Fennell; memo from Majors; memo to Majors |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW F
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOI



In account with SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 817408
Page 2
C/M #: 102085-105142

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 01/05/02 | DWA | 1.35 | E-mail Moncrieff re asset issues; Clifford, memo to Pennell; work on various closure questions |
| 01/10/02 | DWA | 8.00 | Travel to and from and attend meeting with Scotia Trust re trust matter culmination |
| 01/11/02 | DWA | 4.50 | Correspondence with Fletcher, Fennell, Moncrieff re Mykonis development |
| 01/14/02 | DWA | 1.65 | Telephone conference with Rod Thomas re JC Trust; correspondence with Fennell; trustee re Mees accounting |
| 01/16/02 | DWA | 1.65 | JC Trust non-billable trust administration;; correspondence with John Fletcher |
| 01/17/02 | DWA | 2.50 | Lunch meeting with Merrill Lynch representatives re trust proposals |
| 01/20/02 | DWA | 2.75 | Review file for Hawaii conference; memo to Julian, Gallagher, work on Nirada proposal |
| 01/23/02 | DWA | 1.20 | Correspondence with Fletcher, memo from and memo to Ronai re Nirada |
| 01/26/02 | DWA | 3.60 | Work on Hawaii conference document |
| 02/01/02 | DWA | 4.30 | Correspondence re estate closure and settlement; work on JC Trust issues; correspondence with Tom Clifford; review Kannat proposals; correspondence with John Fletcher |
| 02/01/02 | NCH | 1.00 | Review packet for new trustee, e-mail Randy re missing information |
| 02/04/02 | DWA | 1.75 | E-mail correspondence; review state tax refunds and filings and correspondence with Tom Clifford |
| 02/07/02 | DWA | 10.00 | Travel to Caymans for JC Trust meeting with Beneficiary and Protectors |
| 02/09/02 | DWA | 3.10 | JC Trust meeting continued: review new Nirada records, communications |
| 02/10/02 | DWA | 10.00 | Travel from JC Trust Meeting |

| | | | | |
|---|---|---|---|---|
| David W. Axelrod | 79.13 hrs at | 295.00 $/hr = | $ | 23,343.35 |
| Nikki C. Hatton | 1.00 hrs at | 280.00 $/hr = | $ | 280.00 |
| SUBTOTAL CURRENT FEES | 80.13 hours | - | $ | 23,623.35 |
| TOTAL FEES AND COSTS | | | $ | 23,623.35 |

*------------------------TRUST ACCOUNT SUMMARY------------------------*

TRUST ACCOUNT: PDXTR — Portland IOLTA Trust Account

BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . . . . 4000.00
PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . . . . . 6012634.17
DISBURSEMENT(S):

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW
1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900
OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 817408
Page 3
C/M #: 101085-103112
TAX ID # IRS-93-1130272

| Date | Description | Amount | |
|---|---|---|---|
| | | 4000.00 | |
| 02/12/98 | SWW - FOR EXPENSES INCURRED AFTER 11-21- | 315403.65 | |
| 03/13/98 | SWW - FEES ONLY - INVOICE #708491 | 195064.17 | |
| 12/29/98 | WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 141643.81 | |
| 03/06/00 | SWW; pay A/R 101085-111929 | 713484.83 | |
| 03/06/00 | Wire out to Wendel, Rosen, Black etal; C Bank of Commerce; Acct # 105021098 | 133498.60 | |
| 04/25/00 | SWW; costs | 7513.00 | |
| 05/05/00 | SWW - ACCTS REC. | 2422463.12 | |
| 05/05/00 | SWW - PAYMENT OF FEES | 3666.73 | |
| 06/14/00 | Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 768.85 | |
| 12/21/00 | SWW; Costs | 1400331.81 | |
| 12/22/00 | Transfer to Pay fees | 5031.75 | |
| 02/13/01 | SWW; Attorney fees | 16709.21 | |
| 04/25/01 | Check to SWW; Attorney fees & costs | 13487.46 | |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 32606.28 | |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; wire transfer to Civic Bank Of Commerce; Acct 121140959 | 70457.50 | |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 197756.65 | |
| 12/12/01 | CK TO SWW FOR BALSON FEE CREDITS | 219105.50 | |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 21681.45 | |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | | |
| | | 5914674.37( | 5914674.37) |
| | LESS TOTAL DISBURSEMENTS | | |
| | CURRENT BALANCE | | 101959.80 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 02/15/02 | 817407 | 21681.45 | $.00 | 21681.45 |

PREVIOUS BALANCE $ 21,681.45

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $ 23,623.35 |
| TOTAL CURRENT INVOICE | $ 23,623.35 |
| PREVIOUS OUTSTANDING INVOICES | $ 21,681.45 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ 45,304.80 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1



1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

COPY

TAX ID # IRS-93-1130272

March 26, 2002

Client/Matter #: 101085-103112
Invoice #: 620628

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Re: Paternity Suit

REMITTANCE ADVICE

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT FEES | $ | 7,625.75 |
| TOTAL CURRENT INVOICE | $ | 7,625.75 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 7,625.75 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 7,625.75 |
| AMOUNT DUE | $ | 0.00 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 13 of 37





In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

COPY

TAX ID # IRS-93-1130272

March 26, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 820628

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 02/12/02 | DWA | 1.25 | Review Distributees', research documents; state tax applications |
| 02/15/02 | DWA | 3.25 | Correspondence to Fennell; Moncrieff re status of closure; letter from Fletcher re hedge fund; analysis, receive and review Mykonos memo |
| 02/16/02 | DWA | .85 | Correspondence with Moncrieff; memo from and memo to Fletcher |
| 02/17/02 | DWA | .35 | Memo from and letter to Fennell |
| 02/18/02 | DWA | 1.20 | Memo to Fletcher; Moncrieff re Mykonos |
| 02/22/02 | DWA | 1.75 | Work on Liquidating Trust, closing documents, telephone conference with distributees re same |
| 02/27/02 | DWA | 2.20 | Correspondence with Fennell, Moncrieff, review Mykonos correspondence |
| 03/01/02 | DWA | 1.40 | Telephone conference with Clifford re filing and submission issues |
| 03/10/02 | DWA | 1.20 | Letter from Fennell; review analysis of Clifford fax and memoranda |
| 03/11/02 | DWA | 1.70 | Telephone conference with Fennell; telephone conference with Rapapo[illegible]; memo from and memo to Mike Majors; correspondence re John Fletcher |
| 03/12/02 | DWA | .50 | Telephone call from Rapaport; memo from Moncrieff |
| 03/13/02 | DWA | 1.65 | Memoranda from Mykanos, Moncrieff; research study for American taxes; review Cuartero tax questions; memo from, memo to Majors |
| 03/14/02 | DWA | 1.40 | Memo from Sigler; receive and review issues re tax refunds with California and Nevada |
| 03/15/02 | DWA | 1.65 | Deep research estate tax filings in California and Nevada |
| 03/18/02 | DWA | .75 | Conference with Julie Becker and Debbie York re state tax return, Walsworth inventory; memo from and memo to Neda re SOL on estate refund compilation |
| 03/19/02 | DWA | 2.65 | Review Walsworth files |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNU
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 14 of 37

In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW
1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 820628
Page 2
C/M #: 101085-108112
TAX ID # IRS-93-1130272

| Date | Atty | Hours | Description |
|---|---|---|---|
| 03/20/02 | DWA | 2.10 | Telephone call from Rapaport; memo from taxing authority; review tax records for Kessler report |

| | | | |
|---|---|---|---|
| David W. Axelrod | 25.85 hrs at 295.00 $/hr = | $ | 7,625.75 |
| SUBTOTAL CURRENT FEES | 25.85 hours | $ | 7,625.75 |
| TOTAL FEES AND COSTS | | $ | 7,625.75 |

-----------------------------TRUST ACCOUNT SUMMARY-----------------------------

TRUST ACCOUNT: PDXTR — Portland IOLTA Trust Account

BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . 4000.00

PLUS TOTAL DEPOSITS . . . . . . . . . . 6012634.17

DISBURSEMENT(S):

| Date | Description | Amount |
|---|---|---|
| 02/12/98 | SWW - FOR EXPENSES INCURRED AFTER 11-21- | 4000.00 |
| 03/13/98 | SWW - FEES ONLY - INVOICE #708491 | 315403.65 |
| 12/29/98 | WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 195064.17 |
| 03/06/00 | SWW; pay A/R 101085-111929 | 141643.81 |
| 03/06/00 | Wire out to Wendel, Rosen, Black etal; C Bank of Commerce; Acct # 105021098 | 713484.83 |
| 04/25/00 | SWW; costs | 133498.60 |
| 05/05/00 | SWW - ACCTS REC. | 7513.00 |
| 05/05/00 | SWW - PAYMENT OF FEES | 2422463.12 |
| 06/14/00 | Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 3666.73 |
| 12/21/00 | SWW; Costs | 768.85 |
| 12/22/00 | Transfer to Pay fees | 1400331.81 |
| 02/13/01 | SWW; Attorney fees | 5031.75 |
| 04/25/01 | Check to SWW; Attorney fees & costs | 16709.21 |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 13487.46 |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 32606.28 |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP, Wire t to Civiv Bank of Commerce; Acct # 105051 | 70457.50 |
| 12/12/01 | CK TO SWW FOR HALSON FEE CREDITS | 197756.65 |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 219105.50 |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | 21681.45 |
| 02/15/02 | Payment of invoice # 817408 | 23623.35 |
| 02/19/02 | Wire to Wendel, Rosen, Black & Dean, LLP | 23144.88 |
| 03/26/02 | Check to SWW; Attorney fees | 7625.75 |
| | | 5969068.35 |

LESS TOTAL DISBURSEMENTS . . . . . . . . . . (5969068.35)

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST [illegible] OF THE LAW IN
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 15 of 37




In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 820628
Page 3
C/M #: 101085-103112

TAX ID # IRS-93-1130272

CURRENT BALANCE . . . . . . . . . . . . . . . . . . . . . . . . 47565.82

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT FEES | $ | 7,625.75 |
| TOTAL CURRENT INVOICE | $ | 7,625.75 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 7,625.75 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 7,625.75 |
| AMOUNT DUE | $ | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVO

EXHIBIT A-1
Page 16 of 37



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

May 17, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 824725

Re: Paternity Suit

REMITTANCE ADVICE

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 222.85 |
| SUBTOTAL CURRENT FEES | $ | 28,919.75 |
| TOTAL CURRENT INVOICE | $ | 29,142.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 29,142.60 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 29,142.60 |
| AMOUNT DUE | $ | 0.00 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOI[CE]



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

COPY

TAX ID # IRS-93-1130272

May 17, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 824725

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 01/15/02 | CJL | 1.00 | Researching non-solicitation agreements and covenants not to compete; Reporting findings to DWA; |
| 03/06/02 | PLO | 1.10 | Review memos concerning reorganization and merger of British Virgin Island corporations with US subsidiaries; conference with Mitch Hornecker regarding the same; telephone conference with KPMG accountant regarding BVI law |
| 03/14/02 | GWM | 2.10 | Begin preparation of MGH merger into Distil; analysis of Delaware regs. |
| 03/19/02 | DBY | .25 | Conference with DWA and JNB re estate tax |
| 03/19/02 | GWM | 6.80 | Legal research re Delaware merger statutes; analysis of timing and logistics of reverse splits; begin drafting merger agreement |
| 03/19/02 | NDS | 3.20 | Research re SOL for estate tax foreign and administrative credit |
| 03/20/02 | MEH | .30 | Emails from and to S. Masood, email to Yuri |
| 03/20/02 | JNB | 4.20 | Taxes: review pleadings and general files for documentation of US, California and Nevada estate tax payments, audits, requests for extensions, and French inheritance taxes for Chalet LaLoup. |
| 03/20/02 | JNB | 4.20 | Taxes: begin to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 03/20/02 | NDS | 1.50 | Review files & tax returns. |
| 03/20/02 | GWM | 5.60 | Complete drafting merger agreement; draft Lonsat action for reverse split; amendment of Certificate of Inc. and merger |
| 03/21/02 | MEH | .50 | Review and revise merger agreement |
| 03/21/02 | DBY | .25 | Conference with Julie Becker re organization of file |
| 03/21/02 | DBY | 3.30 | Start inventory of documents from Walsworth firm for preparation of tax return |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATION
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES

EXHIBIT A-1



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 824725
Page 2
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 03/21/02 | DWA | 1.30 | Work on pending tax issues and questions re state refunds |
| 03/21/02 | JNB | 6.80 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 03/22/02 | DWA | .75 | Conference with Julie Becker re inventory of Walsworth documents; review specific files |
| 03/22/02 | GWM | .50 | Revise merger agreement and consent action |
| 03/25/02 | DBY | 2.25 | Continue inventory of Walsworth documents |
| 03/25/02 | DWA | 1.20 | Correspondence with Fennell; look at estate tax refund No. 2 |
| 03/26/02 | DBY | .50 | Continued inventory of Walsworth documents |
| 03/26/02 | DWA | .85 | Telephone call from Julian' memo from Fennell; memo from Moncrief |
| 03/27/02 | RAD | 4.50 | Review and index documents from Walsworth regarding tax information. |
| 03/28/02 | JSC | 2.70 | Taxes: review and organize the Walsworth tax documents into redwelds |
| 03/28/02 | RAD | 1.50 | Review and index documents from Walsworth regarding tax information |
| 03/29/02 | NDS | 2.20 | Review files to gather tax return information |
| 03/29/02 | DWA | 2.70 | Continued review of Walsworth production |
| 04/01/02 | DWA | 1.70 | Tax review |
| 04/01/02 | NDS | 5.80 | Review files for estate tax return information |
| 04/01/02 | JNB | 6.00 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/02/02 | DBY | 2.00 | Continue inventory of Walsworth documents |
| 04/02/02 | DWA | 1.65 | E-mail correspondence with Moncrieff, Kessler; memo from and memo to Clifford |
| 04/02/02 | NDS | 3.60 | Review files for estate tax return information |
| 04/02/02 | JNB | 6.10 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/03/02 | RAD | 2.50 | Review and index documents received from Walsworth |
| 04/03/02 | DWA | .80 | Conference with Julie Becker re Walsworth tax files; conference with N[illegible] S. re same |
| 04/03/02 | NDS | 6.50 | Review files for estate tax return information |
| 04/03/02 | PLO | .20 | Conference with M. Hornecker regarding merger of BVI corporation into US corporation |
| 04/03/02 | JNB | 3.60 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/04/02 | RAD | 1.50 | Review and index documents received from Walsworth |
| 04/04/02 | NDS | 2.50 | Review files for estate tax return information |
| 04/04/02 | JNB | 4.60 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1





In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW
1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 824725
Page 3
C/M #: 101085-10921[illegible]

TAX ID # IRS-93-1130272

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 04/05/02 | DWA | 1.65 | Work on RS settlement issues and correspondence |
| 04/05/02 | NDS | 6.20 | Review files for estate tax returns and information re foreign and states tax credit. |
| 04/08/02 | DWA | 1.80 | Conference with Needa Soofi; Becker; memo to Julian, Sigler; telephone conference with Kostic; telephone to and telephone call from Crang Janes; telephone call from Kostic; review closing records |
| 04/08/02 | JNB | 4.80 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/08/02 | JNB | .60 | Taxes: compile Executor Petitions for Instruction and Activity Reports and other pleadings for Neda Soofi to review. |
| 04/08/02 | NDS | 7.30 | Research re the law re Claim for Refund; review the documents |
| 04/09/02 | DWA | 1.20 | Evaluate tax refund and related issues |
| 04/09/02 | JNB | 2.60 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/09/02 | JNB | 1.00 | Taxes: compile Executor Petitions for Instruction and Activity Reports and other pleadings for Neda Soofi to review. |
| 04/09/02 | NDS | 4.50 | Review documents for tax related information |
| 04/10/02 | DWA | 1.20 | Conference with Needa Soofi re refund claims and exceptions |
| 04/10/02 | JNB | .80 | Taxes: identify and print from CDs received from Morrison & Foerster all pleadings regarding IRS Form 890. |
| 04/10/02 | NDS | 7.10 | Review documents for tax related information |
| 04/11/02 | DWA | 1.20 | Conference with Needa Soofi re additional records; conference with Julie Becker re computation of final estate admin costs |
| 04/11/02 | NDS | 4.20 | Research re IRS Form 890; analyze the issue with Marc Sellers; discuss the Claim for Refund issue with David Axelrod |
| 04/12/02 | DWA | 1.75 | Telephone call from Fennell; memo from Needa Soofi; conference with Julie Becker; letter from June Mair and other counsel |
| 04/12/02 | JNB | 3.70 | Taxes: continue to review and index ten boxes of documents regarding taxes sent by Walsworth firm; tab selected documents for copying. |
| 04/12/02 | NDS | 7.10 | Research IRS Technical Advice; review files and tax documents; e-mail to Tom Kustic; Phone conversation with Greg Jenner |
| 04/15/02 | NDS | 2.50 | Phone conversation with the IRS attorney re general question about claim of refund; Phone conversation with Tom Kostic; review documents |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV
EXHIBIT A-1
Page 20 of 37



1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES IN:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 824725
Page 4
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 04/15/02 | JNB | 4.10 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/16/02 | DWA | 1.20 | Review Mykonos report |
| 04/16/02 | NDS | .80 | Review documents and tax related memos; discuss the issue with David Axelord |
| 04/16/02 | JNB | 3.20 | Review, organize, index and update pleadings files. |
| 04/16/02 | JNB | 2.70 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/17/02 | DWA | 1.50 | Review Allen report; memo from John Fletcher; memo from Neda S.; telephone call from Bob Julian |
| 04/17/02 | JNB | 5.20 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/18/02 | DWA | .25 | Letter from Chris Birkett re settlement payments |
| 04/18/02 | NDS | .60 | Phone conversation with Tom Kustic; review documents with Julie Becker |
| 04/19/02 | NDS | .40 | Review documents with Julie Becker |
| 04/23/02 | JNB | 5.40 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/25/02 | DWA | .75 | Correspondence from Sutton, Moncrieff; telephone call from Jorgensen; memorandum from Julian |
| 04/26/02 | JNB | .50 | Taxes: letter to Michael Burger requesting backup documentation for Liquidating Trust tax returns for 2000-2002. |
| 04/26/02 | NDS | 1.60 | Review documents for information re tax returns and IRS Form 890 |
| 04/29/02 | DWA | 1.40 | Telephone call from Fennell regarding B of S; memo from and memo to Julie Becker; correspondence regarding related office personnel regarding receiver |
| 04/29/02 | JNB | 5.20 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 04/30/02 | DWA | 1.75 | Telephone call from Fennell; review indictment, receiver order; address issues; telephone conference with Gallagher |
| 04/30/02 | JNB | 2.40 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/01/02 | NDS | 1.70 | Conference with David Axelord re tax issues; review documents; prepare documents and send to Garrick Gallagher |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OB[illegible]VES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOI[CE]

 

In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 824725
Page 5
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 05/03/02 | NDS | 1.00 | Discuss tax issues with Julie Becker; review documents |

| Name | Hours | Rate | Amount |
|---|---|---|---|
| David W. Axelrod | 26.60 hrs at | 295.00 $/hr = $ | 7,847.00 |
| Mitchell E. Hornecker | .80 hrs at | 255.00 $/hr = $ | 204.00 |
| Peter L. Osborne | 1.30 hrs at | 280.00 $/hr = $ | 364.00 |
| Christopher Lewis | 1.00 hrs at | 150.00 $/hr = $ | 150.00 |
| Greg Mallory | 15.00 hrs at | ~~215.00 $/hr~~ = $ | ~~3,225.00~~ |
| Neda D Soofi | 70.30 hrs at | 140.00 $/hr = $ | 9,842.00 |
| Rosalie A Dunaif | 10.00 hrs at | 90.00 $/hr = $ | 900.00 |
| Debbie B. York | 8.55 hrs at | 45.00 $/hr = $ | 384.75 |
| Julie N. Becker | 77.70 hrs at | 75.00 $/hr = $ | 5,827.50 |
| Jill S Chickering | 2.70 hrs at | 65.00 $/hr = $ | 175.50 |
| SUBTOTAL CURRENT FEES | 213.95 hours | = $ | 28,919.75 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Photocopies | 26.25 |
| Photocopies | 168.20 |
| Long Distance Calls | 1.80 |
| Outgoing Telefax Charges | 26.60 |
| SUBTOTAL CURRENT COSTS | $ 222.85 |
| TOTAL FEES AND COSTS | $ 29,142.60 |

*----------------------------TRUST ACCOUNT SUMMARY----------------------------*

TRUST ACCOUNT: PDXTR Portland IOLTA Trust Account

| | | |
|---|---|---|
| BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . . . . . . . | | 4000.00 |
| PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . . . . . . . | | 6012634.17 |
| DISBURSEMENT(S): | | |
| 02/12/98 SWW - FOR EXPENSES INCURRED AFTER 11-21- | 4000.00 | |
| 03/13/98 SWW - FEES ONLY - INVOICE #708491 | 315403.65 | |
| 12/29/98 WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 195064.17 | |
| 03/06/00 SWW; pay A/R 101085-111929 | 141643.81 | |
| 03/06/00 Wire out to Wendel, Rosen, Black etal; C Bank of Commerce; Acct # 105021098 | 713484.83 | |
| 04/25/00 SWW; costs | 133498.60 | |
| 05/05/00 SWW - ACCTS REC. | 7513.00 | |
| 05/05/00 SWW - PAYMENT OF FEES | 2422463.12 | |
| 06/14/00 Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 3666.73 | |
| 12/21/00 SWW; Costs | 768.85 | |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LA
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV

EXHIBIT A-1
Page 22 of 37

In account with
SCHWABE WILLIAMSON & WYATT P.C.
1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 824725
Page 6
C/M #: 101085-103112

TAX ID # 1RS-93-1130272

| Date | Description | Amount | |
|---|---|---|---|
| | | [illegible]0331.81 | |
| 12/22/00 | Transfer to Pay fees | 5031.75 | |
| 02/13/01 | SWW; Attorney fees | 16709.21 | |
| 04/25/01 | Check to SWW; Attorney fees & costs | 13487.46 | |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 32606.28 | |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 70457.50 | |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 192756.65 | |
| 12/12/01 | CK TO SWW FOR HALSON FEE CREDITS | 219105.50 | |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 21681.45 | |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | 23623.35 | |
| 02/15/02 | Payment of invoice # 817408 | 23144.88 | |
| 02/19/02 | Wire to Wendel, Rosen, Black & Dean, LLP | 7625.75 | |
| 03/26/02 | Check to SWW; Attorney fees | 29142.60 | |
| 05/17/02 | Check to SWW; Attorney fees & costs | | |
| | LESS TOTAL DISBURSEMENTS | 5998210.95 | ( 5998210.95) |
| | CURRENT BALANCE | | 18423.22 |

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 222.85 |
| SUBTOTAL CURRENT FEES | $ | 28,919.75 |
| TOTAL CURRENT INVOICE | $ | 29,142.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 29,142.60 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 29,142.60 |
| AMOUNT DUE | $ | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LA[illegible]
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV[illegible]

EXHIBIT A-1




In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

June 28, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 827966

Re: Paternity Suit

## REMITTANCE ADVICE

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 11,977.40 |
| SUBTOTAL CURRENT FEES | $ | 6,445.82 |
| TOTAL CURRENT INVOICE | $ | 18,423.22 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 18,423.22 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 18,423.22 |
| AMOUNT DUE | $ | 0.00 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INV





In account with SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

June 28, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 827966

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 05/01/02 | JNB | .30 | Taxes: letter to David [illegible], CPA requesting back-up documentation for Liquidating Trust income tax returns for 2000, 2001, 2002. |
| 05/01/02 | JNB | .10 | Taxes: email to Simon Wesley requesting confirmation of payment of French inheritance tax. |
| 05/01/02 | JNB | .10 | Taxes: email to June Mair requesting confirmation of payment of French inheritance taxes. |
| 05/01/02 | JNB | 5.30 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/03/02 | DWA | .75 | Correspond with John Fletcher, Bob Julian |
| 05/03/02 | JNB | 3.80 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/03/02 | JNB | .10 | Taxes: email to Heidi Homman re: documentation for payment of French inheritance taxes. |
| 05/06/02 | AP | 1.30 | Review motion and order re receivership (.4); telephone call from KPMG re possible receivership appointment (.2); research re bank bankruptcy (.7) |
| 05/06/02 | JNB | 5.40 | Taxes: review accounting reports of estate and Liquidating Trust to identify estate administration expenses after December 6, 1999. |
| 05/06/02 | NDS | .30 | Review documents with Julie Becker |
| 05/07/02 | DWA | 1.25 | Correspond with J. Becker; review Lujan fax regarding DHL; correspond with trust beneficiaries |
| 05/08/02 | DWA | .40 | Correspond with John Fletcher; correspond with Lujan (DHL) |
| 05/08/02 | JNB | 3.40 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/09/02 | JNB | 2.60 | Review, organize, index and update pleadings, correspondence and general files. |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE
EXHIBIT A-1
Page 25 of 37



In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 827966
Page 2
C/M #: 101065-103122
TAX ID # IRS-93-1130272

| | | | |
|---|---|---|---|
| 05/10/02 | NDS | .30 | Discuss and canalize the states tax refund issues with David Axelord |
| 05/13/02 | NDS | .40 | Review new documents provided by Julie Becker |
| 05/13/02 | JNB | 7.00 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/14/02 | JNB | 7.10 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/16/02 | NDS | .30 | Follow up the issue of obtaining documents regarding payment of French estate tax with Julie Becker |
| 05/16/02 | JNB | 3.60 | Review, organize, index and update pleadings, correspondence and general files. |
| 05/17/02 | JNB | .40 | File research re: CNMI Supreme court order barring David Lujan from practicing in the CNMI after the close of CNMI Superior Court No. 95-626 unless he passes the CNMI bar. |
| 05/31/02 | DWA | 4.50 | Telephone call from and telephone to Gallagher; correspondence re Trustees distributions; telephone to and telephone call from Julian; memo to Ohle; review Troit filing |
| 06/03/02 | DWA | .65 | Review Saipan and Supreme Court Orders; telephone call from and telephone conference with Randall Fennell |
| 06/03/02 | DWA | .75 | Telephone conference with Gallagher; telephone conference with Smallwood; telephone call from Julian |
| 06/03/02 | NDS | 1.00 | Review the issue of tax refunds from different states |
| 06/04/02 | DWA | .75 | Telephone call from Fennel; telephone call from Pat Smith re CNMI issues |
| 06/04/02 | NDS | 1.50 | Work on file re state tax refunds |

| | | | | |
|---|---|---|---|---|
| Alex Poust | 1.30 hrs at | 215.00 $/hr = | $ | 279.50 |
| David W. Axelrod | 9.05 hrs at | 295.00 $/hr = | $ | 2,669.75 |
| Neda D Soofi | 1.00 hrs at | 150.00 $/hr = | $ | 150.00 |
| Neda D Soofi | 1.50 hrs at | 149.71 $/hr = | $ | 224.57 |
| Neda D Soofi | 1.30 hrs at | 140.00 $/hr = | $ | 182.00 |
| Julie N. Becker | 39.20 hrs at | 75.00 $/hr = | $ | 2,940.00 |
| SUBTOTAL CURRENT FEES | 53.35 hours | = | $ | 6,445.82 |

DESCRIPTION OF COSTS

| | | |
|---|---|---|
| 06/10/02 | Fees (professional) - Check-Diane K Bergeron; Third-Party Payments for Research and Investigative Services at Receiver's Request for Supreme Court Proceedings | 11,977.40 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATION
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 26 of 37



In account with
SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 827966
Page 3
C/M #: 101085-103112

TAX ID # IRS-93-1130272

| | $ | 11,977.40 |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 18,423.22 |
| TOTAL FEES AND COSTS | | |

------------------------TRUST ACCOUNT SUMMARY------------------------

TRUST ACCOUNT: PDXTR — Portland IOLTA Trust Account

BALANCE FROM PREVIOUS STATEMENT . . . . . . . . . . . . 4000.00

PLUS TOTAL DEPOSITS . . . . . . . . . . . . . . . . . . 6012634.17

DISBURSEMENT(S):

| Date | Description | Amount |
|---|---|---|
| 02/12/98 | SWW - FOR EXPENSES INCURRED AFTER 11-21- | 4000.00 |
| 03/13/98 | SWW - FEES ONLY - INVOICE #708491 | 315403.65 |
| 12/29/98 | WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 195064.17 |
| 03/06/00 | SWW; pay A/R 101085-111929 | 141643.81 |
| 03/06/00 | Wire out to Wendel, Rosen, Black etal; C Bank of Commerce; Acct # 105021098 | 713484.83 |
| 04/25/00 | SWW; costs | 133498.60 |
| 05/05/00 | SWW - ACCTS REC. | 7513.00 |
| 05/05/00 | SWW - PAYMENT OF FEES | 2422463.12 |
| 06/14/00 | Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 3666.73 |
| 12/21/00 | SWW; Costs | 768.85 |
| 12/22/00 | Transfer to Pay fees | 1400331.81 |
| 02/13/01 | SWW; Attorney fees | 5031.75 |
| 04/25/01 | Check to SWW; Attorney fees & costs | 16709.21 |
| 08/28/01 | CK TO SWW FOR PAYMENT OF FEES & COSTS | 13487.46 |
| 09/28/01 | Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 32606.28 |
| 11/19/01 | Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 70457.50 |
| 12/12/01 | CK TO SWW FOR HALSON FEE CREDITS | 197756.65 |
| 12/12/01 | CK TO SWW FOR FEES AND COSTS | 219105.50 |
| 02/15/02 | Check to SWW; paymeny of invoice #817396 | 21681.45 |
| 02/15/02 | Payment of invoice # 817408 | 23623.35 |
| 02/19/02 | Wire to Wendel, Rosen, Black & Dean, LLP | 23144.88 |
| 03/26/02 | Check to SWW; Attorney fees | 7625.75 |
| 05/17/02 | Check to SWW; Attorney fees & costs | 29142.60 |
| 06/28/02 | Check to SWW; Attorney fees & costs | 18423.22 |

LESS TOTAL DISBURSEMENTS . . . . . . . . . . . . 6016634.17 ( 6016634.17)

CURRENT BALANCE . . . . . . . . . . . . . . . . 0.00



In account with SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 827966
Page 4
C/M #: 101085-103112
TAX ID # IRS-93-1130272

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 11,977.40 |
| SUBTOTAL CURRENT FEES | $ | 6,445.82 |
| TOTAL CURRENT INVOICE | $ | 18,423.22 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 18,423.22 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 18,423.22 |
| AMOUNT DUE | $ | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOI

EXHIBIT A-1
Page 28 of 37



1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832531

Re: Paternity Suit

REMITTANCE ADVICE

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 4.90 |
| SUBTOTAL CURRENT FEES | $ | 75,486.77 |
| TOTAL CURRENT INVOICE | $ | 75,491.67 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 75,491.67 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 18,423.22 |
| AMOUNT DUE | $ | 0.00 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE





In account with
SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

COPY

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832531

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 09/13/01 | CJL | .50 | Researching incubatory test standards; |
| 09/13/01 | JNB | .50 | Review, organize and update file, identifying materials to be moved to JC Trust file. |
| 09/13/01 | RLS | .50 | Receive and review Hillblom psychology records regarding gender identity dysphoria |
| 10/02/01 | DLL | .50 | Conduct investigation into financial assets of trust held by Bank of Hong Kong for attachment and execution purposes of court ordered judgment for plaintiff |
| 10/02/01 | JSC | .50 | Review and analysis of memoranda pertaining to Cuartero. |
| 10/02/01 | RAD | .50 | Review and organize documents for deposition preparation |
| 10/25/01 | DWA | .60 | Work on various revisions and schemes |

| | | |
|---|---|---|
| David W. Axelrod | .60 hrs at 79599.67 $/hr = $ | 47,759.80 |
| Christopher Lewis | .50 hrs at 47717.90 $/hr = $ | 23,858.95 |
| Deric L. Luoto | .50 hrs at 471.82 $/hr = $ | 235.91 |
| Rosalie A Dunaif | .50 hrs at 3902.76 $/hr = $ | 1,951.38 |
| Rachel L Bradfute | .50 hrs at 2794.22 $/hr = $ | 1,397.11 |
| Julie N. Becker | .50 hrs at 133.60 $/hr = $ | 66.80 |
| Jill S Chickering | .50 hrs at 433.64 $/hr = $ | 216.82 |
| SUBTOTAL CURRENT FEES | 3.60 hours = $ | 75,486.77 |

DESCRIPTION OF COSTS

| | | |
|---|---|---|
| Outgoing Telefax Charges | | 4.90 |
| SUBTOTAL CURRENT COSTS | $ | 4.90 |
| TOTAL FEES AND COSTS | $ | 75,491.67 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

In account with
SCHWABE WILLIAMSON & WYATT P.C.

1211 S.W. [illegible]TH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 832531
Page 2
C/M #: 101085-103112

TAX ID # IRS-93-1130272

TRUST ACCOUNT SUMMARY

TRUST ACCOUNT: PDXTR Portland IOLTA Trust Account

| | | |
|---|---|---|
| BALANCE FROM PREVIOUS STATEMENT | | 4000.00 |
| PLUS TOTAL DEPOSITS | | 6012634.17 |
| DISBURSEMENT(S): | | |
| 02/12/98 SWW - FOR EXPENSES INCURRED AFTER 11-21- | 4000.00 | |
| 03/13/98 SWW - FEES ONLY - INVOICE #708491 | 315403.65 | |
| 12/29/98 WIRE CAME INTO WRONG ACCT - SHOULD BE DEPOSITORY ACCT | 195064.17 | |
| 03/06/00 SWW; pay A/R 101085-111929 | 141643.81 | |
| 03/06/00 Wire out to Wendel, Rosen, Black & Dean; C Bank of Commerce; Acct # 10502109 | 713484.83 | |
| 04/25/00 SWW; costs | 23498.60 | |
| 05/05/00 SWW - ACCTS REC. | 7513.00 | |
| 05/05/00 SWW - PAYMENT OF FEES | 2422463.12 | |
| 06/14/00 Transfer to C/M # 106821-118467 per DWA correction of 5/16/00; batch # 25922 | 3666.73 | |
| 12/21/00 SWW; Costs | 768.85 | |
| 12/22/00 Transfer to Pay fees | 1400331.81 | |
| 02/13/01 SWW; Attorney fees | 5031.75 | |
| 04/25/01 Check to SWW; Attorney fees & costs | 16709.21 | |
| 08/28/01 CK TO SWW FOR PAYMENT OF FEES & COSTS | 13487.46 | |
| 09/28/01 Wendell, Rosen, Black & Dean, LLP; Wire transfer to Civic Bank Of Commerce; Acct 121140959 | 32606.28 | |
| 11/19/01 Wendel, Rosen, Black & Dean, LLP; Wire t to Civiv Bank of Commerce; Acct # 105051 | 70457.50 | |
| 12/12/01 CK TO SWW FOR BALSON FEE CREDITS | 197756.65 | |
| 12/12/01 CK TO SWW FOR FEES AND COSTS | 219105.50 | |
| 02/15/02 Check to SWW; paymeny of invoice #817396 | 21681.45 | |
| 02/15/02 Payment of invoice # 817408 | 23623.35 | |
| 02/19/02 Wire to Wendel, Rosen, Black & Dean, LLP | 23144.88 | |
| 03/26/02 Check to SWW; Attorney fees | 7625.75 | |
| 05/17/02 Check to SWW; Attorney fees & costs | 29142.60 | |
| 06/28/02 Check to SWW; Attorney fees & costs | 18423.22 | |
| LESS TOTAL DISBURSEMENTS | 6016634.17 | (6016634.17) |
| CURRENT BALANCE | | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE L[illegible]
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT IN[illegible]

EXHIBIT A-1

In account with
SCHWABE WILLIAMSON & WYATT P.C.
ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice # 832531
Page 3
C/M #: 101085-103112

TAX ID # IRS-93-1130272

FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 4.90 |
| SUBTOTAL CURRENT FEES | $ | 75,486.77 |
| TOTAL CURRENT INVOICE | $ | 75,491.67 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 75,491.67 |
| LESS PAYMENT FROM TRUST ACCOUNT | $ | 18,423.22 |
| AMOUNT DUE | $ | 0.00 |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOIC

EXHIBIT A-1
Page 32 of 37





In account with
SCHWABE WILLIAMSON & WYATT
P.C.

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

COPY

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832533

Re: Paternity Suit

## REMITTANCE ADVICE

### FINAL SUMMARY

| | | |
|---|---|---|
| SUBTOTAL CURRENT COSTS | $ | 170.55 |
| SUBTOTAL CURRENT FEES | $ | 17,386.75 |
| TOTAL CURRENT INVOICE | $ | 17,557.30 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $ | 17,557.30 |

DWA

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW F
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE



In account with SCHWABE WILLIAMSON & WYATT P.C. ATTORNEYS AT LAW

1211 S.W. FIFTH AVENUE
SUITE 1600
PORTLAND, OREGON 97204-3795
PHONE: (503) 222-9981
FAX: (503) 796-2900

OTHER OFFICES:
BEND, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID # IRS-93-1130272

August 29, 2002

DAVID MONCRIEFF
JULIE CUARTERO
C/O DAVID AXELROD
DO NOT MAIL THIS INVOICE

Client/Matter #: 101085-103112
Invoice #: 832533

Re: Paternity Suit

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|---|---|---|---|
| 05/03/02 | JNB | .10 | Taxes: email to Simon Wesley re: payment of French inheritance taxes. |
| 06/05/02 | MKS | .50 | Intra-office conference between Sellers and Neda Soofi regarding statute of limitations on claim for refund issues |
| 06/05/02 | DWA | 1.75 | Work on Saipan receivership claim |
| 06/05/02 | DWA | 1.75 | Work on investigative work to defend Saipan receiver |
| 06/05/02 | NDS | 1.50 | Review documents with Julie Becker; conference with Marc Sellers re tax issues |
| 06/06/02 | DWA | 1.60 | Work on unrelated Fennell Receiver issues |
| 06/07/02 | DWA | 2.25 | Review Hillblom probate proceedings re issues affecting Receiver; memo from and memo to Richard Pierce; telephone call from Fennell; work on investigation to support receiver |
| 06/07/02 | DWA | .25 | Conference with N. Soofi; memo to Distributees |
| 06/07/02 | NDS | .30 | Interoffice conference with David Axelrod re tax issues |
| 06/10/02 | MKS | .25 | Intra-office conference between Sellers and Soofi regarding escrow agreement |
| 06/11/02 | DWA | 1.25 | Continue review of Hillblom probate records; continue investigation re effort to disqualify receiver |
| 06/11/02 | DWA | 2.75 | Telephone call from Mr. Fennell; research Hillblom probate inquires and document requests; transmit documents and requested analyses to Receiver and counsel; memo to and memo from Mr. Pierce |
| 06/11/02 | DWA | 1.20 | Work on receivership issues |
| 06/12/02 | DWA | 2.10 | Work on Receivership; tax refund issues |
| 06/13/02 | DWA | 2.00 | Telephone conference with investigators; telephone call from, letter from, memo from Fennell; telephone conference with Fennell re opposition to writ to disqualify; review Receiver revisions to affidavit |

TERMS: DUE AND PAYABLE UPON RECEIPT
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICE

EXHIBIT A-1
Page 34 of 37