William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
Post Office Box 500909
Saipan MP 96950
Telephone:  (670) 234-7241
Fax:        (670) 234-7530

Kathleen V. Fisher, Esq.
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone:  (670) 233-2045
Fax:        (670) 233-2776

*Attorneys for Bank of Saipan, Inc., Defendant Intervenors*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW T. GREGORY, ET. AL.,<br><br>　　　　　Defendants. | CIVIL CASE NO. CV 09-0019<br><br>***EX PARTE* MOTION FOR AN ORDER SHORTENING TIME OF HEARING DATE ON THE BANK OF SAIPAN'S (1) MOTION TO INTERVENE AND (2) MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PURSUANT TO LOCAL RULE 7.1.h.3(b)** |

## CERTIFICATE OF COUNSEL PURSUANT TO LOCAL RULE 7.1.h.3(b)

1. Pursuant to Local Rule 7.1.h.3(b), the undersigned counsel for the Bank of Saipan ("Bank") hereby submits the following information on the parties counsels of record:

**Mark B. Hansen, Esq.**
Attorney for Plaintiff Randall T. Fennell
Second Floor, Macaranas Building
PMB 738 P.O. Box 10,000
Saipan, MP 96950
Telephone:     (670) 233-8600
Facsimile:     (670) 233-5262

**Braddock J. Huesman, Esq.**
Attorney for Defendants
CNMI Office of the Attorney General
Caller Box 10007
Capitol Hill
Saipan , MP 96950
Telephone:     (670) 664-2341
Facsimile:     (670) 664-2349

**William M. Fitzgerald, Esq.**
LAW OFFICE OF WILLIAM M. FITZGERALD
Attorney for The Bank of Saipan, Inc.
2nd Floor, Macaranas Building
Post Office Box 500909
Saipan MP  96950
Telephone:     (670) 234-7241
Fax:           (670) 234-7530

**Kathleen V. Fisher, Esq.**
CALVO & CLARK, LLP
Attorneys for The Bank of Saipan, Inc.
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP  96950
Telephone:     (670) 233-2045
Fax:           (670) 233-2776

2.    The Bank is making this *ex parte* request to shorten time in order to have its Motion to Intervene with its Proposed Motion to Dismiss, or Alternatively, to Stay heard at the same time as Defendants' Motion to Dismiss, scheduled for hearing in the above entitled action on September 10, 2009 at 9:00 a.m. The basis for the Bank's Motion to Intervene is that the issues raised in Fennell's Complaint are currently pending before the CNMI Superior Court in a suit filed by the Bank entitled *Bank of Saipan v. Fennell, et al.*, C.A. 04-0449 and/or are foreclosed by CNMI Supreme Court decisions arising from the receivership of the Bank.

3.    In addition, the Bank provides with its intervention and dismissal motion, independent grounds for dismissal under two recent United States Supreme Court cases, *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007), and recently in *Ashcroft v. Iqbal*, ___ U.S. ___, 129 S.Ct. 1937 (2009). The Bank provides judicially noticeable facts and decisions as the basis for this argument, which are not advanced by the Defendants in this action. In the alternative, if its motion to intervene is granted and this Court declines to dismiss Mr. Fennell's Complaint, the Bank requests a stay of this action pending resolution of the parallel CNMI Superior Court proceedings in *Bank of Saipan v. Fennell, et al.*, C.A. 04-0449. In order to request such relief in a manner that promotes both judicial economy and the Bank's interest in having its nearly five year old suit against Mr. Fennell resolved first, the Bank is requesting that its' Motion to Intervene and Proposed Motion to Dismiss or Stay to be heard on shortened time at the scheduled September 10, 2009 hearing.

4.    The Bank's counsel is informed that Mr. Fennell's counsel opposes this request for an order shortening time and intends to oppose the Bank's motion for intervention. As of this filing, the Bank's counsel has not yet been able to reach Mr. Heusman, counsel for Defendants, but has left a message at his office of the Bank's request.

5.    The Bank respectfully requests that this Court either (i) grant this ex parte request and schedule its Motion to Intervene and Proposed Motion to Dismiss or Stay (to be heard only if its Motion to Intervene is granted) on September 10, 2009 at 9:00 a.m. with whatever briefing

schedule the Court believes is appropriate or (ii) hear this request for an Order Shortening Time on Tuesday, September 1, 2009, in order to work out an appropriate schedule for all parties.

6. This ex parte motion and accompanying documents, including its motions to intervene and to dismiss or stay are being served upon all counsels of record in this case.

Respectfully submitted this 28th day of August, 2009.

**LAW OFFICE OF WILLIAM FITZGERALD**
**Calvo & Clark, LLP**
Counsel for Defendant-Intervenors
*The Bank of Saipan, Inc.*

By: _____/s/_____
William M. Fitzgerald