William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
Post Office Box 500909
Saipan MP 96950
Telephone: (670) 234-7241
Fax: (670) 234-7530

Kathleen V. Fisher, Esq.
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone: (670) 233-2045
Fax: (670) 233-2776

*Attorneys for Bank of Saipan, Inc., Defendant Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW T. GREGORY, ET. AL.,<br><br>    Defendant. | CIVIL CASE NO. CV 09-0019<br><br>**DECLARATION OF KATHLEEN V. FISHER IN SUPPORT OF *EX PARTE* MOTION FOR AN ORDER SHORTENING TIME OF HEARING DATE ON THE BANK OF SAIPAN'S (1) MOTION TO INTERVENE AND (2) MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PURSUANT TO LOCAL RULE 7.1.h.3(b)** |

*DECLARATION OF KATHLEEN V. FISHER*

1

I, Kathleen V. Fisher, declare:

1. I am a partner at Calvo & Clark LLP, counsel for The Bank of Saipan, Inc. ("Bank"). I make this declaration on personal knowledge and if called as a witness could and would testify competently hereto.

2. On this day, the Bank filed: 1) a Motion to Intervene; and 2) a Proposed Motion to Dismiss, or in the Alternative, to Stay and 3) a Request for Judicial Notice.

3. The Bank also filed concurrently herewith a Motion to Shorten Time for Hearing on its Motion to Intervene and Proposed Motion to Dismiss or Stay.

4. In compliance with LR 7.1.h.3(b), I or my co-counsel, Mr. Fitzgerald, contacted counsel for Plaintiff and Defendants to request that they agree to shorten time on the Bank's Motion to Intervene and Proposed Motion to Dismiss or Stay so that the Bank's motions may be heard on the currently scheduled hearing of September 10, 2009 at 9:00am on Defendants' Motion to Dismiss. I called and left a message with our request on Defendant counsel, Mr. Huesman's, office phone in the afternoon. He has not yet returned my call. Further, Mr. Fitzgerald spoke with Plaintiff's counsel, Mr. Hanson, who indicated Plaintiff's opposition to both the Bank's request to shorten time and to its Motion to Intervene.

I declare that the foregoing is true and correct under penalty of perjury under the laws of the Commonwealth of the Northern Mariana Islands, and that this declaration was executed on this 28th day of August, 2009 in Saipan, CNMI.

/s/_____
KATHLEEN V. FISHER

*DECLARATION OF KATHLEEN V. FISHER*

1