William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
2nd Floor, Macaranas Building
Post Office Box 500909
Saipan MP 96950
Telephone:	(670) 234-7241
Fax:	(670) 234-7530

Kathleen V. Fisher, Esq.
CALVO & CLARK, LLP
1st Floor, Macaranas Building
PMB 951 Box 10001
Saipan, MP 96950
Telephone:	(670) 233-2045
Fax:	(670) 233-2776

*Attorneys for Bank of Saipan, Inc., Defendant Intervenors*

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW T. GREGORY, ET. AL.,<br><br>Defendants. | CIVIL CASE NO. CV 09-0019<br><br>**NOTICE OF *EX PARTE* MOTION FOR AN ORDER SHORTENING TIME OF HEARING DATE ON THE BANK OF SAIPAN'S (1) MOTION TO INTERVENE AND (2) MOTION TO DISMISS, OR IN THE ALTERNATIVE, TO STAY PURSUANT TO LOCAL RULE 7.1.h.3(b)** |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD, please take notice that The |
| 2 | Bank of Saipan, Inc. ("Bank"), through the undersigned counsel and pursuant to Local Rule |
| 3 | 7.1.h.3(b), hereby moves this Court for an order shortening time of the hearing date of its (1) |
| 4 | Motion To Intervene and (2) Proposed Motion To Dismiss, Or In The Alternative, To Stay. |
| 5 | Defendant Intervenors requests that its motions be heard at the earliest available time, preferably |
| 6 | on the scheduled hearing date of Thursday September 10, 2009 on Defendants' motion to |
| 7 | dismiss.  This Notice of *Ex Parte* Motion to Shorten Time is supported by the accompanying |
| 8 | Motion to Shortened Time as well as the files and records in this case. |

Respectfully submitted this 28th day of August, 2009.

**LAW OFFICE OF WILLIAM FITZGERALD**
**Calvo & Clark, LLP**
Counsel for Defendant-Intervenors
*The Bank of Saipan, Inc.*


By: _____/s/_____
    William M. Fitzgerald

NOTICE OF *EX PARTE* MOTION TO SHORTEN TIME
PURSUANT TO LR 7.1.h.3(b)