F I L E D
Clerk
District Court

SEP – 1 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

RANDALL T. FENNELL,         )    Civil Action No. 09-0019
                        )
       Plaintiff       )
                        )
       v.          )    ORDER SETTING
                        )    STATUS CONFERENCE
MATTHEW T. GREGORY, *et al.*,  )    WITH PARTIES AND
                        )    PROPOSED INTERVENOR
       Defendants    )
_____ )

THE COURT has before it the Bank of Saipan's ex parte motion for an order

shortening time to hear its motions to (1) intervene and (2) dismiss or, in the

alternative, stay this lawsuit.

Having read the motion, it is the court's inclination to reschedule all pending

motions in this matter to Thursday, October 29, 2009, at 9:00 a.m., to allow all parties

the time to properly respond and argue their respective positions.  However, in order

to give the parties an opportunity to first be heard;

IT IS ORDERED that a status conference be and hereby is **set for this afternoon, September 1, 2009, at 2:00 p.m. in chambers** to discuss the posture of this lawsuit.  If the parties meet and confer prior to that time, and agree to the October 29, 2009, hearing date, one of them shall notify chambers staff at 236-2900 and the status conference set for today will come off-calendar without further order of the court and the court will issue an order moving the motions' hearing date.

DATED this 1st day of September, 2009.

_____
ALEX R. MUNSON
Judge