```
                                                    FILED
                                                     Clerk
                                                  District Court

                                                   SEP - 2 2009

                                            For The Northern Mariana Islands
                                            By_____
                                                    (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,          ) | Civil Action No. 09-0019 |
|                              ) | |
| Plaintiff                    ) | |
|                              ) | |
| v.                           ) | ORDER AFTER |
|                              ) | STATUS CONFERENCE |
| MATTHEW T. GREGORY, *et al.*,) | WITH PARTIES AND |
|                              ) | PROPOSED INTERVENOR |
| Defendants                   ) | |

THE COURT convened a status conference in chambers on short notice yesterday, September 1, 2009. Present were Mark B. Hanson on behalf of plaintiff; Commonwealth Assistant Attorney General Braddock J. Huesman on behalf of defendants; and, William M. Fitzgerald, Kathleen V. Fisher, and Maya Sinclair on behalf of proposed intervenor, Bank of Saipan.

After discussion with the parties and further review of the filings in this matter and the filings of the proposed intervenor,

IT IS ORDERED that:

1. Defendants' motion to dismiss shall proceed as scheduled on Thursday, September 10, 2009; and,

2. Proposed intervenor's motion to shorten time is denied; and,

3. If necessary, proposed intervenor's motion to intervene shall be scheduled according to the court's local rules after the order has issued on defendants' pending motion to dismiss; and,

4. Depending on the outcome of the motion to intervene, proposed intervenor's motion to dismiss or, in the alternative, to stay proceedings, will be set for hearing according to the court's local rules.

DATED this 2nd day of September, 2009.

_____
ALEX R. MUNSON
Judge