PleMARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiff Randall T. Fennell

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities, <br><br> Defendants. | CASE NO. CV 09-00019 <br><br> STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION TO INTERVENE <br><br> Date:        TBD <br> Time:        TBD <br> Judge:      Hon. Alex R. Munson |

Pursuant to the Court's Order After Status Conference issued September 2, 2009, and in light of the Court's order therein delaying the calendaring of a hearing on Bank of Saipan, Inc.'s Motion to Intervene, if necessary, until after the Court has ruled on Defendant's pending Motion to Dismiss, the parties and the proposed intervenor, by and through their attorneys of record, hereby stipulate to request that the Court also delay the briefing of the Motion to Intervene — the oppositions and the reply — until the Court calendars the Motion to Intervene at which time the Court can also issue an order scheduling the continued briefing of the Motion to Intervene.

SO STIPULATED.


DATED:  September 9, 2009                    /s/ Mark B. Hanson
                                             _____
                                             MARK B. HANSON
                                             Attorney for Plaintiff


DATED:  September 9, 2009                    /s/ Braddock J. Huesman
                                             _____
                                             BRADDOCK J. HUESMAN
                                             Attorney for Defendants


DATED:  September 9, 2009                    /s/ William M. Fitzgerald
                                             _____
                                             WILLIAM M. FITZGERALD
                                             Attorney for Bank of Saipan, Inc.