# MINUTES OF THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

CV-09-0019                                            September 10, 2009
                                                      8:55 a.m.


            RANDALL T. FENNELL -v- MATTHEW T. GREGORY, et al

PRESENT:     Hon. Alex R. Munson, Chief Judge Presiding
             Patricia Garshak, Court Reporter
             K. Lynn Lemieux, Courtroom Deputy
             Mark Hanson, Attorney for Plaintiff
             Braddock Huesman, Attorney for Defendant


PROCEEDINGS:    Motion to Dismiss

     Plaintiff was represented in court by Attorney Mark Hanson. Defendants were represented by Attorney Braddock Huesman.

     Attorney Huesman argued the motion on behalf of the defendants. Attorney Hanson argued for the Plaintiff.

     Court, after hearing all argument, took the matter under advisement and stated that a written decision would be forthcoming.

                                    Adjourned 10:00 a.m.


                                  /s/ K. Lynn Lemieux, Courtroom Deputy