MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiff Randall T. Fennell

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| RANDALL T. FENNELL, | ) CASE NO. CV 09-00019 |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE RE: |
| MATTHEW T. GREGORY, *et al.* | ) LEAVE TO AMEND |
| Defendants. | ) |

Without waiving the right to seek leave of court to amend Plaintiff's complaint in the future should the need arise, Plaintiff, by and through counsel, hereby gives notice to the Court and to the parties that Plaintiff does not intend to file an amended complaint at this time notwithstanding the Court's granting of leave to do so in its September 28, 2009 Order.

DATED this 30th day of September, 2009.

/s/ Mark B. Hanson
_____
MARK B. HANSON

Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738, P.O. Box 10,000
Saipan, MP 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that the following attorneys were served with a copy of the foregoing through the Court's electronic case filing system:

Braddock J. Huesman, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
Commonwealth of the Northern Mariana Islands
Hon. Juan A. Sablan Memorial Bldg., Second Floor
Caller Box 10,007, Capitol Hill
Saipan, Mariana Islands 96950

Attorney for Defendants

William M. Fitzgerald, Esq.
LAW OFFICE OF WILLIAM M. FITZGERALD
Second Floor, Macaranas Building
P.O. Box 500909
Saipan, Mariana Islands 96950

Kathleen V. Fisher, Esq.
CALVO & CLARK, LLP
First Floor, Macaranas Building
PMP 951, P.O. Box 10,001
Saipan, Mariana Islands 96950

Attorneys for proposed intervenor Bank of Saipan, Inc.

DATED: September 30, 2009          /s/ Mark B. Hanson
                                    MARK B. HANSON