F I L E D
Clerk
District Court

OCT - 9 2009

For The Northern Mariana Islands
By_____ (Deputy Clerk)

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RANDALL T. FENNELL, | Civil Action No. 09-0019 |
| Plaintiff - Appellee | |
| v. | |
| | REPRESENTATION STATEMENT |
| MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANHONTY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General, and DOES 1-20, in their official and individual capacities | |
| Defendants - Appellants | |

Appellants file this Representation Statement pursuant to FRAP 12(b) and Circuit Rule 3-2(b).

PARTIES TO THE ACTION:

1. **Randall T. Fennell**, Plaintiff - Appellee

   Represented by:

   Mark Hanson, Esq.
   Second Floor, Macaranas Building
   Beach Road, Garapan
   PMB 738 PO Box 10,000
   Saipan, MP 96950
   Telephone: (670) 233-8600
   Facsimile: (670) 233-5262
   E-mail: mark@saipanlaw.com

ORIGINAL

2. **Matthew T. Gregory, Gregory Baka, Anthony Welch and Tom Schweiger,** Defendants - Appellants

Represented by:

Braddock Huesman
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
Caller Box 10007 CHRB
Saipan, MP 96950
Telephone: (670) 664-2341 (Main Office)
           (670) 664-2331 (Desk)
Facsimile: (670) 664-2349
E-mail: braddock.huesman@gmail.com

Respectfully submitted,

*[signature]*

Braddock Huesman #F0367
Asst. Attorney General
OFFICE OF THE ATTORNEY GENERAL
Caller Box 10007 CHRB
Saipan, MP 96950
Telephone: (670) 664-2341 (Main Office)
           (670) 664-2331 (Desk)
Facsimile: (670) 664-2349
E-mail: braddock.huesman@gmail.com

Attorneys for Defendants - Appellants

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on Mark B. Hanson who is the attorney in charge for plaintiff, Mr. Fennell, and whose address is PMB 738, PO Box 10000, Saipan, MP 96950, (670) 233-8600, this 9th day of October, 2009

*[signature]*

Braddock Huesman #F0367