

FILED
Clerk
District Court

OCT -9 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY

| TITLE IN FULL | DISTRICT: USDCNMI | JUDGE: Alex R. Munson, Chief Judge |
|---|---|---|
| RANDALL T. FENNELL v. MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General and TOM J. SCHWEIGER, Assistant Attorney General | DISTRICT COURT NUMBER: Civil No. 09-0019 | |
| | DATE NOTICE OF APPEAL FILED: 10/09/2009 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

This is a civil action brought under 42 U.S.C. section 1983 alleging in violation of plaintiff's First Amendment, equal protection, and due process rights. Defendant-Appellants seek review of the trial courts denial of qualified immunity.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

The trial court ruled if the facts alleged are proven the Defendant-Appellants violated in a new and novel way Plaintiff-Appellee's rights. Government officials are entitled to qualified immunity if the Constitutional Right violated was not clearly established. Did the trial court err in finding that a new and novel violation is clearly established?

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST JUDGMENT MOTIONS):**

N/A

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION


ORIGINAL

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| ☑ FEDERAL QUESTION | ☐ FINAL DECISION OF DISTRICT COURT | ☐ DEFAULT JUDGMENT | ☐ DAMAGES: SOUGHT $_____ AWARDED $_____ |
| ☐ DIVERSITY | ☑ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | ☐ DISMISSAL/JURISDICTION | |
| | | ☑ DISMISSAL/MERITS | ☐ INJUNCTIONS: |
| ☐ OTHER (SPECIFY): | ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | ☐ SUMMARY JUDGMENT | ☐ PRELIMINARY |
| | | ☐ JUDGMENT/COURT DECISION | ☐ PERMANENT |
| | | ☐ JUDGMENT/JURY VERDICT | ☐ GRANTED |
| | ☐ OTHER (SPECIFY): | ☐ DECLARATORY JUDGMENT | ☐ DENIED |
| | | ☐ JUDGMENT AS A MATTER OF LAW | ☐ ATTORNEY FEES: SOUGHT $_____ AWARDED $_____ |
| | | ☐ OTHER (SPECIFY): | |
| | | | ☐ PENDING |
| | | | ☐ COSTS: $_____ |

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_[signature]_  10/9/09
Signature  Date

## COUNSEL WHO COMPLETED THIS FORM

| NAME: | BRADDOCK HUESMAN |
|---|---|
| FIRM: | OFFICE OF THE ATTORNEY GENERAL CIVIL DIVISION |
| ADDRESS: | Hon. Juan A. Sablan Memorial Building, 2nd Floor, Capital Hill Caller Box 10007, Saipan, MP 96950 |
| E-MAIL: | braddock.huesman@gmail.com |
| TELEPHONE: | 664-2341 |
| FAX: | 664-2329 |

\* THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL \*
\* IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS \*