F I L E D
Clerk
District Court

OCT 2 9 2009

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RANDALL T. FENNELL, | ) | Civil Action No. 09-0019 |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER STAYING PROCEEDINGS |
| v. | ) | |
| | ) | |
| MATTHEW T. GREGORY, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

Because defendants have taken an interlocutory appeal, and in the interests of conserving the resources of the court and the parties,

IT IS ORDERED that this matter be and hereby is stayed, in all respects and as to all parties and prospective parties, until the U.S. Court of Appeals for the Ninth Circuit has ruled on the appeal.

DATED this 29th day of October, 2009.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)