UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 31 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>MATTHEW THEODORE GREGORY, I, former Attorney General; et al.,<br><br>　　　　Defendants - Appellants,<br><br>　and<br><br>BANK OF SAIPAN,<br><br>　　　　Defendant-intervenor. | No. 09-17237<br><br>D.C. No. 1:09-cv-00019<br>U.S. District Court for the Northern Mariana Islands, Saipan<br><br>**MANDATE** |

The judgment of this Court, entered January 31, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　Synitha Walker
　　　　　　　　　　　　　　　　　　Deputy Clerk