**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| **RANDALL T. FENNELL**,<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW T. GREGORY,** *et al.*,<br><br>Defendants. | Civil Case No. 09-00019<br><br>**ORDER UPON REMAND RE: DEFENDANTS' MOTION TO DISMISS** |

In keeping with the memorandum opinion of the Ninth Circuit in this case (*see* Docket No. 42; *see also* Docket No. 43):

- Plaintiff's claim for relief under Section 1983 of Title 42, United States Code for violation of his substantive due process rights is hereby **DISMISSED *WITH PREJUDICE***, because the Attorneys General are entitled to qualified immunity with respect to Plaintiff's Fourteenth Amendment due process claims;

- Plaintiff's claim for relief under Section 1983 of Title 42, United States Code for violation of his First Amendment rights is hereby **DISMISSED WITHOUT PREJUDICE**, for failure to state a claim under the pleading standards of *Ashcroft v. Iqbal*, 556 U.S. ___, 129 S. Ct. 1937 (2009); and

- Plaintiff's claim for relief under Section 1983 of Title 42, United States Code for violation of his equal protection rights is hereby **DISMISSED WITHOUT PREJUDICE**, for failure to state a claim by failing to allege differential treatment from similarly situated individuals.

1  The court's order of September 28, 2009 (*see* Docket No. 34) stands in all other respects.
2  As such, all causes of action are dismissed.
3  Plaintiff shall file a "First Amended Complaint" by April 28, 2011, if at all. Should Plaintiff
4  not file an amended complaint, the court will dismiss all claims with prejudice.
5  **SO ORDERED** this 13th day of April, 2011.



/**s**/ *Frances M. Tydingco-Gatewood*
FRANCES M. TYDINGCO-GATEWOOD[1]
District Judge

---

[1] The Honorable Frances M. Tydingco-Gatewood, Chief Judge, District Court of Guam, by designation. *See* 48 U.S.C. § 1821(b)(2).