1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

8
9

| | |
|---|---|
| RANDALL T. FENNELL, | )   CASE NO. CV 09-00019 |
| Plaintiff, | ) |
| vs. | ) |
| MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities, | )   ORDER EXTENDING DEADLINE FOR FILING FIRST AMENDED COMPLAINT |
| Defendants. | ) |

10
11
12
13
14
15
16
17

18    Based on the Stipulation by the parties, the Court HEREBY GRANTS Plaintiff an extension to

19    file a First Amended Complaint, if at all, by May 31, 2011.

20
21
22
23

**SO ORDERED** on April 28, 2011.

/**s**/ *Frances M. Tydingco-Gatewood*
FRANCES M. TYDINGCO-GATEWOOD[1]
District Judge

24
25
26
27

---

[1] Chief Judge, District Court of Guam, sitting by designation. *See* 48 U.S.C. § 1821(b)(2).