MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:    (670) 233-5262
E-Mail Address:    mark@saipanlaw.com

Attorney for Plaintiff Randall T. Fennell

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>             Plaintiff,<br><br>     vs.<br><br>MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities,<br><br>             Defendants. | CASE NO. CV 09-00019<br><br>SECOND STIPULATION REGARDING DEADLINE FOR FILING FIRST AMENDED COMPLAINT |

On April 13, 2011, upon remand of this case from the United States Court of Appeals for the Ninth Circuit, the Court granted Plaintiff leave to file a first amended complaint, if at all, on or before April 28, 2011.  Pursuant to a stipulation by the parties and by an order dated April 29, 2011, the deadline was extended through May 31, 2011.

In a continuing effort to evaluate their respective cases, the plaintiff and defendants are seeking an additional thirty (30) days for plaintiff to file a first amended complaint, if at all. Accordingly, the parties HEREBY STIPULATE to request that the Court grant plaintiff additional time through June 30, 2011 to file his first amended complaint, if at all.

1
2
3       SO STIPULATED.
4
5       DATED:      May 27, 2011            /s/ Mark B. Hanson
6                                           _____
                                            MARK B. HANSON
7                                           Attorney for Plaintiff
8
9       DATED:      May 27, 2011            /s/ Braddock J. Huesman
10                                          _____
                                            BRADDOCK J. HUESMAN
11                                          Attorney for Defendants
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27