IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| RANDALL T. FENNELL, | ) | CASE NO. CV 09-00019 |
| Plaintiff, | ) | |
| vs. | ) | |
| MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities, | ) | ORDER EXTENDING DEADLINE FOR FILING FIRST AMENDED COMPLAINT |
| Defendants. | ) | |

Based on the Stipulation by the parties, the Court HEREBY GRANTS Plaintiff an extension to file a First Amended Complaint, if at all, by June 30, 2011.

**SO ORDERED** on May 31, 2011.

/s/ *Frances M. Tydingco-Gatewood*
FRANCES M. TYDINGCO-GATEWOOD[1]
District Judge

---

[1] Chief Judge, District Court of Guam, sitting by designation.  *See* 48 U.S.C. § 1821(b)(2).