MARK B. HANSON, ESQ.
Second Floor, Macaranas Building
Beach Road, Garapan
PMB 738 P.O. Box 10,000
Saipan, Mariana Islands 96950
Telephone:    (670) 233-8600
Facsimile:     (670) 233-5262
E-Mail Address:       mark@saipanlaw.com

Attorney for Plaintiff Randall T. Fennell

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL,<br><br>         Plaintiff,<br><br>vs.<br><br>MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General and DOES 1-20, in their official and individual capacities,<br><br>         Defendants. | CASE NO. CV 09-00019<br><br>THIRD STIPULATION REGARDING DEADLINE FOR FILING FIRST AMENDED COMPLAINT |

      On April 13, 2011, upon remand of this case from the United States Court of Appeals for the Ninth Circuit, the Court granted Plaintiff leave to file a first amended complaint, if at all, on or before April 28, 2011.  Pursuant to a stipulations by the parties and by the latest court order dated May 31, 2011, the deadline was extended through June 30, 2011.

      In a continuing effort to evaluate their respective cases, the plaintiff and defendants are seeking an additional thirty (30) days for plaintiff to file a first amended complaint, if at all.  Accordingly, the parties HEREBY STIPULATE to request that the Court grant plaintiff additional time through July 29, 2011 to file his first amended complaint, if at all.

SO STIPULATED.

DATED:   June 30, 2011        /s/ Mark B. Hanson
                              _____
                              MARK B. HANSON
                              Attorney for Plaintiff


DATED:   June 30, 2011        /s/ Braddock J. Huesman
                              _____
                              BRADDOCK J. HUESMAN
                              Attorney for Defendants