# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL, | Case No. 1:09-CV-00019 |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General, and DOES 1–20, in their official and individual capacities, | |
| Defendants. | |

On July 6, 2011, Plaintiff was granted an extension to July 29, 2011, to file a first amended complaint. (*See* Order, ECF No. 50.) A first amended complaint was not filed. The case has been pending for a year and a half without any activity on the docket. "[I]f a proceeding has been pending for more than six (6) months without any action taken by the parties during that period, upon notice to the parties the court may dismiss the proceeding for lack of prosecution." LR 41.1. "The district court has the inherent power sua sponte to dismiss a case for lack of prosecution." *Henderson v. Duncan,* 779 F.2d 1421, 1423 (9th Cir. 1986).

Plaintiff is hereby ordered to show cause why the court should not dismiss this case for lack of prosecution. Plaintiff shall respond to this order in writing by close of business on March 13, 2013, or the matter will be dismissed with prejudice.

SO ORDERED this 26th day of February, 2013.

RAMONA V. MANGLONA
Chief Judge