# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RANDALL T. FENNELL, | Case No. 1:09-CV-00019 |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| MATTHEW T. GREGORY, former Attorney General, GREGORY BAKA, Acting Attorney General, ANTHONY WELCH, Assistant Attorney General, TOM J. SCHWEIGER, Assistant Attorney General, and DOES 1–20, in their official and individual capacities, | |
| Defendants. | |

Plaintiff was ordered to show cause why this case should not be dismissed with prejudice for failure to prosecute and given until March 13, 2013, to respond. (*See* Order to Show Cause, Feb. 27, 2013, ECF No. 51.) Notice of the order was mailed to Plaintiff's counsel electronically. No response having been received, the case is dismissed with prejudice.

SO ORDERED this 15th day of March, 2013.

*/s/ Ramona V. Manglona*

RAMONA V. MANGLONA
Chief Judge